UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>JAMES F. McAULIFFE,<br><br>Debtor. | CHAPTER 7<br>CASE NO. 16-11089-MHF |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

In accordance with Fed. R. Bankr. P. 9010, please enter the appearance of Kevin F. Yetman on behalf of **Webster Bank, N.A.**, a creditor herein. The undersigned hereby requests that he be placed on the service list and, pursuant to Fed. R. Bankr. P. 2002, demands that all notices, papers, orders, pleadings, motions and all other documents and papers filed in connection with this case be served upon the undersigned at the office address set forth below.

/s/ Kevin F. Yetman
Kevin F. Yetman, Esq. BBO #688631
Murtha Cullina LLP
99 High Street
Boston, MA 02110
(617) 457-4155 Telephone
(617) 482-3868 Facsimile
kyetman@murthalaw.com

Dated: April 5, 2016

6920507v1

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: <br><br> JAMES F. McAULIFFE, <br><br> Debtor. | CHAPTER 7 <br> CASE NO. 16-11089-MHF |

## CERTIFICATE OF SERVICE

I, Kevin F. Yetman, hereby certify that on the 5th day of April, 2016 I served a copy of the ***Notice of Appearance and Request For Service of Papers***, via first-class mail, postage prepaid or by electronic mail upon the parties listed below:

/s/ Kevin F. Yetman
Kevin F. Yetman, Esq. BBO #688631
Murtha Cullina LLP
99 High Street
Boston, MA 02110
(617) 457-4155 Telephone
(617) 482-3868 Facsimile
kyetman@murthalaw.com

Dated: April 5, 2016

6928478v1

John Fitzgerald, Asst. U.S. Trustee*
J.W. McCormack Post Office &
Courthouse
5 Post Office Sq., 10th Fl, Suite 1000
Boston, MA 02109

Abbot Bay Club
84 State Street
Boston, MA 02109

Abbott Homes Fund
84 State Street
Boston, MA 02109

Abbott Magnolia
84 State Street
Boston, MA 02109

Abbott Real Estate Development
84 State Street
Boston, MA 02109

Alan Mark Cohen, Esq.*
550 Worcester Street
Framingham, MA 01701

Amex – Correspondence
P.O. Box 981540
El Paso, TX 79998-1540

Art Klipfel & Gwendolyn Noyes
c/o Robert E. Fireman, Esq.
678 Massachusetts Avenue #600
Cambridge, MA 02139-3363

BMW Financial Services
Customer Service Center
P.O. Box 3608
Dublin, OH 43016-0306

Capital One - Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130-0285

Casella Waster Systems
24 Bunker Hill Industrial Park
Charlestown, MA 02129

Cohn & Dussi
300 Trade Center, Ste. 3700
Woburn, MA 01801-7483

Collins Leasing & Warehousing
P.O. Box 624
East Bridgewater, MA 02333-0624

Coneco Engineers and Scientists
4 1st Street
Bridgewater, MA 02324-1056

Cornetta, Ficco, Simmler & Vallee PC
4 West Street
Franklin, MA 02038-2135

Creative Closets
7248 Penn Drive
Allentown, PA 18106-9310

Credit One Bank NA
P.O. box 98873
Las Vegas, NV 89193-8873

Cube 3 Studio LLC
360 Merrimack Street
Lawrence, MA 01843-11752
Greensboro, NC 27410

Cubellis
c/o Owen McGowan, Esq.
80 Washington Street
Norwell, MA 02061-1740

Dave's Septic Service, Inc.
P.O. Box 5193
Manchester, NH 03108-5193

Door Systems, Inc.
120 Alexander Street
Framingham, MA 01702-8722

EREF Messanine Fund LLC
200 North Ashland Avenue Ste. 600
Chicago, IL 60607

Emigrant Mortgage
5 E. 42nd Street
New York, NY 10017-6904

Evanston Insurance
c/o Frank J. Meir
500 Main Street, Ste. 500
Worcester, MA 01608-1818

February Investors Mortgage
186 South Street
Boston, MA 02110-2701

Ferguson J.D. Daddario
56 Ramsdell Street
Newton Highlands, MA 02461-1612

Hagerty & Harris Electrical Contracting
10 Cider Mill Lane
Upton, MA 01568-1120

2

Harvey Industries
1400 Main Street
Waltham, MA 02451-1689

Health Care REIT, Inc.
4500 Dorr Street
Toledo, OH 43615-4040

Internal Revenue Service
P.O. Box 7317
Philadelphia PA 19101-7317

J. Thomas and Arthur Klipfel
c/o Robert E. Fireman, Esq.
678 Massachusetts Avenue #600
Cambridge, MA 02139-3363

J. Thomas and Arthur Klipfel,
Gwendolyn Noyes, Oaktree AKNG LLC
c/o Robert E. Fireman, Esq.
678 Massachusetts Avenue #600
Cambridge, MA 02139-3363

Jack Mikels & Associates
1 Batterymarch Park  Ste. 309
Quincy, MA 02169-7484
Palm Beach Gardens, FL 33418

Jackson Lumber & Millwork Co. Inc.
215 Market Street – P.O. Box 449
Lawrence, AM 01843-1616

John Paul Vignone, Esq.
14 Common Street
Wrentham, MA 02093

Kingsley Durant
P.O. Box 949
Monument Beach, MA 02553-0949

MDM Transportation Consultants, Inc.
28 Lord Road
Marlborough, MA 01752-4577

MHL Security and Sount
517 North Main Street
Randolph, MA 02368-3708

Mass Waste Systems
300 Centre Street
Holbrook, MA 02343-1083

Mass Dept. of Revenue
P.O. Box 9564 – Bankruptcy Unit
Boston, MA 02114-9564

Merry Maids
303 Belmont Street
Manchester, NY 03103-4311

Metropolitan Cabinet & Countertops
505 University Avenue
Norwood, MA 02062-2636

Oaktree AKGN LLC
129 Mt. Auburn Street
Cambridge, MA 02138-5766

Onyx Marble & Granite, Inc.
93 Beaver Street
Framingham, MA 01702

PA Landers
351 Winter Street
Hanover, MA 02339-2509

Parson Brinkerhoff, Inc.
75 Arlington Street
Boston, MA 02116-3945

Paul Kaugman, Esq.
492 Broadway
Somerville, MA 02145-2608

Pinehills LLC
33 Summerhouse Drive
Plymouth, MA 02360-8213

RBS Citizens NA
1 Citizens Plaza
Providence, RI 02903-1339

Rabideau Publishing
P.O. Box 208
Yarmouth Port, MA 02675-0208

Salmon Falls Landscaping, Inc.
511 Portland Street
Berwick, ME 02901-2821

Sean Lapensee d/b/a Northeast Painting
c/o Randy Spence
51 Man Mar Drive
Plainville, MA 02762

Shanahan Drywall & Plastering, Inc.
P.O. box 1126
Plymouth, MA 02362-1126

Sheskey Architects.
14 Franklin Street
Quincy, MA 02169-4944

| | | |
|---|---|---|
| Spillane Nursery and Landscape Co.<br>230 Bedford Street<br>Middleboro, MA 02346-1112 | Stella Technologies<br>c/o Carl Brugnoli, Esq.<br>P.O. Box 320530<br>West Roxbury, MA 02132-0009 | TBF Financial<br>740 Waukegan Road, Ste.404<br>Deerfield, IL 60015-5505 |
| Tangram 3DS LLC<br>21 Rogers Road<br>Kittery, ME 03904-1418<br>Richmond, VA 23242 | The Granite Group Wholesalers, Inc.<br>12 East Worcester Street<br>Worcester, MA 01604-3612 | The Medical Security Program<br>133 Portland Street<br>Boston, MA 02114-1707 |
| Thomas LaPorte, Esq.<br>Cossingham Law Office<br>138 River Road<br>Andover, MA 01810-1083 | Toshiba Financial Services<br>2600 Stanley Gault Parkway<br>Louisville, KY 40223-4197 | US Bank<br>One Post Office Square<br>Boston, AM 02109-2106 |
| US Bankorp Equipment Finance<br>13010 SW 68th Parkway, Ste. 100<br>Portland, OR 97223-8367 | Van Millwork<br>27 S. Maple Street<br>Bellingham, MA 02019-1627<br>Mill Valley, CA 94941 | Webster Bank National Association<br>137 Bank Street<br>Waterbury, CT 06702-2205<br>Mill Valley, CA 94941 |
| Wendy R. Olinksy, Esq.<br>380 Merrimack Street, Ste 2E<br>Methuen, MA 01844-5871 | Woodland Pond LLC<br>84 State Street<br>Boston, MA 02109-2202 | James A. Wingfield<br>1102 Pleasant Street, Ste. 828<br>Worcester, MA 01602-1232 |
| James F. McAuliffe<br>23 Gurney Street<br>Cambridge, MA 02138-3323 | John O. Desmond<br>4 Edgell Road, Ste. 30A<br>Framingham, MA 01701-4890 | |

*served by electronic transmission*

4