| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | James F McAuliffe | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | DISTRICT OF MASSACHUSETTS | |
| Case number (if known) | 16-11089 | ☑ Check if this is an amended filing |

# Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Give Details About Your Marital Status and Where You Lived Before

1. What is your current marital status?

   ☑ Married
   ☐ Not married

2. During the last 3 years, have you lived anywhere other than where you live now?

   ☑ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

   | Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
   |---|---|---|---|

3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory? (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ☑ No
   ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2: Explain the Sources of Your Income

4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐ No
   ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 (Spouse) | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| From January 1 of current year until the date you filed for bankruptcy: | ☑ Wages, commissions, bonuses, tips | $13,848.00 | ☑ Wages, commissions, bonuses, tips | $12,115.00 |
| | ☐ Operating a business | | ☐ Operating a business | |
| For last calendar year: (January 1 to December 31, 2015 ) | ☑ Wages, commissions, bonuses, tips | $6,924.00 | ☑ Wages, commissions, bonuses, tips | $36,787.00 |
| | ☐ Operating a business | | ☐ Operating a business | |

Debtor 1    James F McAuliffe                                             Case number (if known)  16-11089

| | Debtor 1<br>Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) | Debtor 2 (Spouse)<br>Sources of income<br>Check all that apply. | Gross income<br>(before deductions and exclusions) |
|---|---|---|---|---|
| | ☐ Wages, commissions, bonuses, tips | $0.00*<br>See attached statement. | ☐ Wages, commissions, bonuses, tips | $0.00 |
| | ☑ Operating a business | | ☐ Operating a business | |
| For the calendar year before that:<br>(January 1 to December 31, 2014 ) | ☐ Wages, commissions, bonuses, tips | $0.00 | ☐ Wages, commissions, bonuses, tips | $41,408.00 |
| | ☐ Operating a business | | ☐ Operating a business | |

5. Did you receive any other income during this year or the two previous calendar years?
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ☑ Yes. Fill in the details.

| | Debtor 1<br>Sources of income<br>Describe below.. | Gross income<br>(before deductions and exclusions) | Debtor 2<br>Sources of income<br>Describe below. | Gross income<br>(before deductions and exclusions) |
|---|---|---|---|---|
| From January 1 of current year until the date you filed for bankruptcy: | Retirement Income | $4,927.44 | | |
| For last calendar year:<br>(January 1 to December 31, 2015 ) | Retirement Income | $19,709.76 | | |
| For the calendar year before that:<br>(January 1 to December 31, 2014 ) | Retirement Income | $19,709.76 | | |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?
   ☑ No.   Neither Debtor 1 nor Debtor 2 has primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,225* or more?
   ☐ No.   Go to line 7.
   ☑ Yes   List below each creditor to whom you paid a total of $6,225* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/16 and every 3 years after that for cases filed on or after the date of adjustment.

   ☐ Yes.  Debtor 1 or Debtor 2 or both have primarily consumer debts.
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No.   Go to line 7.
   ☐ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

Debtor 1   James F McAuliffe _____   Case number (if known) 16-11089 _____

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| Emigrant Mortgage Co<br>5 E 42nd St<br>New York, NY 10017 | Monthly Payments in last days of January, February and March | $23,058.87 | $1,088,564.00 | ☑ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other__ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☐ No
   ☑ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| MaryRose Boysen<br>6 Virginia Lane<br>Simsbury, CT 06070 | December 28, 2015 | $20,000.00 | $0.00 | Return of money lent to debtor. |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☑ No
   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:   Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☑ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| Webster Bank National Association v. James F McAuliffe, et al<br>10-33573 | Collection | Suffolk Superior Court<br>3 Pemberton Square<br>Boston, MA 02108 | ☐ Pending<br>☐ On appeal<br>☑ Concluded |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No
    ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ☑ No
    ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

Debtor 1   **James F McAuliffe**                                    Case number *(if known)* **16-11089**

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
    - [✓] No
    - [ ] Yes

## Part 5:   List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
    - [✓] No
    - [ ] Yes. Fill in the details for each gift.

    | Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
    |---|---|---|---|

    **Person to Whom You Gave the Gift and Address:**

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity**
    - [✓] No
    - [ ] Yes. Fill in the details for each gift or contribution.

    | Gifts or contributions to charities that total more than $600 Charity's Name Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
    |---|---|---|---|

## Part 6:   List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**
    - [✓] No
    - [ ] Yes. Fill in the details.

    | Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss  Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
    |---|---|---|---|

## Part 7:   List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.
    - [ ] No
    - [✓] Yes. Fill in the details.

    | Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
    |---|---|---|---|
    | Law Offices of James Wingfield 1102 Pleasant Street, Suite 828 Worcester, MA 01602 wingfield@wingfieldlaw.com | Attorney Fees | October 2015 | $3,000.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
    Do not include any payment or transfer that you listed on line 16.
    - [✓] No
    - [ ] Yes. Fill in the details.

    | Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
    |---|---|---|---|

Debtor 1   James F McAuliffe                                Case number (if known) **16-11089**

---

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
    Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

    ☑ No
    ☐ Yes. Fill in the details.

    | Person Who Received Transfer Address | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
    |---|---|---|---|

    Person's relationship to you

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

    ☑ No
    ☐ Yes. Fill in the details.

    | Name of trust | Description and value of the property transferred | Date Transfer was made |
    |---|---|---|

---

**Part 8:    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

    ☑ No
    ☐ Yes. Fill in the details.

    | Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
    |---|---|---|---|---|

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

    ☑ No
    ☐ Yes. Fill in the details.

    | Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
    |---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy**

    ☑ No
    ☐ Yes. Fill in the details.

    | Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
    |---|---|---|---|

---

**Part 9:    Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

    ☑ No
    ☐ Yes. Fill in the details.

    | Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
    |---|---|---|---|

---

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

☑  *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

☑  *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used

---

Official Form 107                Statement of Financial Affairs for Individuals Filing for Bankruptcy                page 5

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor 1   **James F McAuliffe**                                    Case number (if known) **16-11089**

to own, operate, or utilize it, including disposal sites.

☑ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

   ☑ No
   ☐ Yes. Fill in the details.

   | Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
   |---|---|---|---|

25. Have you notified any governmental unit of any release of hazardous material?

   ☑ No
   ☐ Yes. Fill in the details.

   | Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
   |---|---|---|---|

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

   ☑ No
   ☐ Yes. Fill in the details.

   | Case Title<br>Case Number | Court or agency Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
   |---|---|---|---|

### Part 11: Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

   ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
   ☑ A member of a limited liability company (LLC) or limited liability partnership (LLP)
   ☐ A partner in a partnership
   ☑ An officer, director, or managing executive of a corporation
   ☑ An owner of at least 5% of the voting or equity securities of a corporation
   ☐ No. None of the above applies. Go to Part 12.
   ☑ Yes. Check all that apply above and fill in the details below for each business.

   | Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
   |---|---|---|
   | **SEE ATTACHED** | | EIN:<br><br>From-To |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

   ☑ No
   ☐ Yes. Fill in the details below.

   | Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
   |---|---|

---

Official Form 107                   Statement of Financial Affairs for Individuals Filing for Bankruptcy                   page 6

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Case 16-11089    Doc 19-1    Filed 05/25/16    Entered 05/25/16 22:17:49    Desc Amended
Statement of Financial Affairs    Page 7 of 15

| Debtor 1 | James F McAuliffe | Case number (if known) | 16-11089 |

## Part 12: Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ James F. McAuliffe
James F McAuliffe
Signature of Debtor 1

Signature of Debtor 2

Date  May 25, 2016

Date

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
☐ No
☑ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
☑ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Addendum to Statement of Financial Affairs Question No. 4:

In 2015, the Debtor completed the wind down of all the remaining Abbott Entities. For accounting purposes, the Debtor's 2015 Federal Tax return (IRS Form 1040) shows business income of $898,071.00 stemming from payables and accruals which were reversed as part of the final wind down of the Abbott Entities. The Debtor did not receive any actual business income whatsoever. The $898,071.00 is offset by losses listed on Line 21 of IRS Form 1040 in the amount of $-2,217,938.00, leaving a total household income of $-1,276,156.

(Updated as of 2/2/09)

| NAME | DATE OF FORMATION | DOMESTIC JURISDICTION | FOREIGN JURISDICTIONS | MANAGERS | MEMBERS | E.I.N. |
|---|---|---|---|---|---|---|
| Abbott Investments, LLC (f/k/a Abbott Homes LLC) | January 21, 1997 | Massachusetts | N/A | James McAuliffe Gerard Savard | James McAuliffe (50%) Gerard Savard (50%) | 04-3352397 |
| Abbott Construction, LLC | January 26, 1999 | Massachusetts | N/A | James McAuliffe Gerard Savard | Abbott Holdings LLC (99%) Abbott Investments, LLC (1%) | 04-3453487 |
| Norwood Crossing, LLC | January 29, 1999 | Massachusetts | N/A | Abbott Real Estate Development, LLC | Abbott Member: Abbott Crossing LLC (53.3333%) Franklin Members: Laura Franklin (3.01932%) Robert A. Franklin, Trustee u/t/d June 11, 1999 as amended (5.19308%) The J. Thomas Franklin Inter-Vivos Marital Trust (11.78760%) Oaktree Member: Oaktree AKGN, LLC (26.6667%) | 04-3454550 |
| CambridgePark Place LLC | June 30, 1999 | Massachusetts | N/A | Gwendolen Noyes | Oaktree Green Development, LLC **Abbott No Longer a Member** | 04-3475836 |
| Village at the Pointe LLC (f/k/a Reservoir Place, LLC) | November 12, 1999 | Massachusetts DISSOLVED May 4, 2007 | N/A | Abbott Real Estate Development, LLC | | 04-3497023 |
| Abbott Real Estate Development, LLC | August 29, 2000 | Massachusetts | N/A | James McAuliffe Gerard Savard | Abbott Holdings LLC (99%) Abbott Investments, LLC (1%) | 04-3553919 |
| RiverBend Place, LLC | August 29, 2000 | Massachusetts DISSOLVED (6/3/04) | N/A | Abbott Real Estate Development, LLC | | 04-3553920 |

1

00237106 DOC /

| NAME | DATE OF FORMATION | DOMESTIC JURISDICTION | FOREIGN JURISDICTIONS | MANAGERS | MEMBERS | E.I.N. |
|---|---|---|---|---|---|---|
| CambridgePark Place LLC | November 27, 2000 | Delaware | Massachusetts, 11/28/00 | Gwendolen Noyes | Cambridge Park Place LLC (Massachusetts) **Abbott No Longer a Member** | 04-3540221 |
| Abbott Crossing LLC (f/k/a CambridgePark Place II LLC) | December 11, 2000 | Massachusetts **Missing 2004, 2005, 2006, 2007 Annual Report** | N/A | James McAuliffe Gerard Savard | Abbott Investments, LLC (100%) | 04-3553882 |
| Norwood Crossing LLC | January 10, 2001 | Delaware | Massachusetts, 1/12/01 | Abbott Real Estate Development, LLC | Norwood Crossing, LLC (Massachusetts) (100%) | 04-3562007 |
| Abbott Munroe LLC | October 29, 2001 | Massachusetts | N/A | Abbott Real Estate Development, LLC | Class A: Gerard Savard (17.185%) James McAuliffe (17.185%) Abbott Real Estate Development, LLC (6.563%) Class B: John Thomas Franklin (4.922%) Robert A. Franklin (4.922%) Laura Franklin (3.282%) Matthew Franklin (4.922%) Jonathan Franklin (4.922%) Class C: Kingsley Durant (36.096%) | 04-3580888 |
| Munroe Place LLC | November 28, 2001 | Delaware | Massachusetts, 12/3/01 | Abbott Real Estate Development, LLC | Abbott Munroe LLC (9.6%) National Electrical Benefit Fund (90.4%) | 04-3584434 |

2

00237106.DOC /

| NAME | DATE OF FORMATION | DOMESTIC JURISDICTION | FOREIGN JURISDICTIONS | MANAGERS | MEMBERS | E.I.N. |
|---|---|---|---|---|---|---|
| The Residences at Wellington Place, LLC (f/k/a Fifty Revere Beach Parkway LLC) | December 17, 2001 | Massachusetts | N/A | Abbott Real Estate Development, LLC | Abbott Wellington LLC (100%) | 04-3585291 |
| Abbott Wellington LLC (f/k/a The Residences at Wellington Place LLC f/k/a Abbott Residences at Wellington Place | March 5, 2002 | Massachusetts | N/A | Abbott Real Estate Development, LLC | Class A: Gerard Savard (25%) James McAuliffe (25%) Class B: Abbott Homes Fund I LLC (50%) | 01-623578 |
| The Residences at Fenway LLC | October 8, 2002 | Delaware DISSOLVED 6/3/04 | Massachusetts: October 16, 2002 WITHDRAWN 6/3/04 | Abbott Real Estate Development, LLC | | 38-3662931 |
| Abbott Fenway LLC | October 28, 2002 | Massachusetts DISSOLVED 6/3/04 | N/A | Abbott Real Estate Development, LLC | | 11-3660166 |
| Abbott Access LLC | April 4, 2003 | Massachusetts DISSOLVED 9/25/07 | N/A | Gerard Savard James McAuliffe | | 27-0052953 |
| Union Place LLC | November 7, 2003 | Delaware | Massachusetts (4/22/04) | Abbott Real Estate Development, LLC | Abbott-Union Place, LLC (variable) The Northwestern Mutual Life Insurance Company (variable) | 20-0396721 |
| Abbott-Union Place, LLC | November 18, 2003 | Massachusetts | N/A | Abbott Real Estate Development, LLC | Class A: James McAuliffe (42.25%0 Gerard Savard (42.25%) Class B: James Mullaney (7.50%) Class C: | 20-0396788 |

3

00237106 DOC /

| NAME | DATE OF FORMATION | DOMESTIC JURISDICTION | FOREIGN JURISDICTIONS | MANAGERS | MEMBERS | E.I.N. |
|---|---|---|---|---|---|---|
| | | | | | Mark Deschenes (4.00%) Robert Wong (4.00%) | |
| Abbott Investors-Plymouth, LLC (formerly Abbott Highlands at the Pinehills LLC) | January 5, 2005 | Massachusetts | N/A | Abbott Real Estate Development, LLC | Class A: James McAuliffe (29.440%) Gerard Savard (50.000%) (cont'd) Class B: James Mullaney (10.280% Peter Joseph (3.855%) James McCaffrey (3.855%) Suki Singh 2.570%) | 20-2259367 |
| Abbott Homes-Plymouth, LLC | January 28, 2005 | Delaware | Massachusetts (2/4/05) | Abbott Real Estate Development, LLC | Abbott Investors-Plymouth, LLC (100%); | 20-2259310 |
| Abbott Homes LLC | April 14, 2005 | Massachusetts | New Hampshire (12/14/2006) | Abbott Real Estate Development, LLC | Abbott Holdings LLC (99%) Abbott Investments, LLC (1%) | 20-2676450 |
| Abbott Investors-Medway, LLC | June 23, 2005 | Massachusetts | N/A | Abbott Real Estate Development, LLC | Class A: James McAuliffe (49.0%) Gerard Savard (49.0%) Class B: The Kingsley Durant 1995 Irrevocable Trust for Children (2.0%) | 20-3159383 |

4

00237106 DOC

| NAME | DATE OF FORMATION | DOMESTIC JURISDICTION | FOREIGN JURISDICTIONS | MANAGERS | MEMBERS | E.I.N. |
|---|---|---|---|---|---|---|
| Stonewall Miner LLC | February 3, 2006 | Massachusetts | N/A | Abbott Real Estate Development, LLC | Abbott Miner LLC (94.5%) Stonewall Communities Development LLC (5.5%) | 20-5738110 |
| Abbott Miner LLC | February 7, 2006 | Massachusetts | N/A | Abbott Real Estate Development, LLC | Class A: James McAuliffe (47.355%) Gerard Savard (47.335%) Class B: February Investors LLC (5.29%) | 20-4273392 |
| Abbott Management LLC | February 15, 2006 | Massachusetts | N/A | James McAuliffe Gerard Savard | Abbott Real Estate Development LLC (100%) | None |
| Abbott Investors-Woodland Pond, LLC | May 4, 2006 | Massachusetts | N/A | Abbott Real Estate Development, LLC | Class A: James McAuliffe (30.81%) Gerard Savard (30.81%) Class B: Joseph B. Pasquale (15.19%) Invictus Capital, LLC (15.19%) Class C: Mark Deschenes (4.00%) Robert Wong (4.00%) | 20-4814784 |
| Abbott Homes-Medway, LLC | May 22, 2006 | Delaware | Massachusetts (5/23/06) | Abbott Real Estate Development, LLC | Abbott Investors-Medway, LLC (100%) | 20-4916967 |
| Woodland Pond L.P. | May 31, 2006 | Delaware | New Hampshire (pending) | Abbott Woodland Pond LLC (GP) | Limited Partners: Woodland Pond Apartments | 20-5005471 |

5

00237106 DOC /

| NAME | DATE OF FORMATION | DOMESTIC JURISDICTION | FOREIGN JURISDICTIONS | MANAGERS | MEMBERS | E.I.N. |
|---|---|---|---|---|---|---|
| | | | | (0.0%) | Corp. (87.09%) Overland Funding VIII LLC (2.91%) Abbott-Investors Woodland Pond, LLC (10.00%) | |
| Abbott Woodland Pond LLC | June 1, 2006 | New Hampshire | N/A | James McAuliffe Gerard Savard | James McAuliffe (50%) Gerard Savard (50%) | 20-5005405 |
| Abbott Homes Fund I LLC | August 9, 2006 | Massachusetts | N/A | Abbott Real Estate Development, LLC | Class A: James McAuliffe (46.7850%) Gerard Savard (46.7850%) Class B: The Kingsley Durant 1995 Irrevocable Trust for Children (0.4418%) The Batterymarch Trust (0.8836%) Kingsley Durant (1.1046%) Class C: Robert Wong (4.0000%) | 20-5377600 |
| Tremont Stuart Development LLC | November 15, 2006 | Massachusetts | N/A | Abbott Real Estate Development, LLC | Abbott Real Estate Development, LLC (0.99%) Abbott Investors-Tremont Street LLC (99.00%) Amherst Media Investors LLC (0.01%) | 20-5896068 |
| Abbott Homes-Cohasset LLC | November 17, 2006 | Massachusetts | N/A | Abbott Real Estate Development, LLC | Abbott Homes Fund I LLC (100%) | 20-5932772 |
| Abbott Investors-Tremont LLC | March 14, 2007 | Massachusetts | N/A | Abbott Real Estate Development, LLC | James McAuliffe (50%) Gerard Savard (50%) | 20-8823845 |
| Abbott Homes - Bay Club Phase One LLC | May 31, 2007 | Massachusetts | N/A | Abbott Real Estate Development, LLC | Class A: Abbott Homes Fund I LLC (92%) Class C: | 26-0302713 |

6

00237106 DOC /

| NAME | DATE OF FORMATION | DOMESTIC JURISDICTION | FOREIGN JURISDICTIONS | MANAGERS | MEMBERS | E.I.N. |
|---|---|---|---|---|---|---|
| Abbott Homes - Bay Club Phase Two LLC | May 31, 2007 | Massachusetts | N/A | Abbott Real Estate Development, LLC | John McDonough (4%) Paul Soughley (4%) James McAuliffe (50%) Gerard Savard (50%) | 26-0302830 |
| Abbott Holdings LLC | June 28, 2007 | Massachusetts | N/A | James McAuliffe Gerard Savard | Class A: James McAuliffe (46%) Gerard Savard (46%) Class B: Robert Wong (4%) Robert Durant (4%) | 26-0473285 |
| Abbott Magnolia LLC | June 28, 2007 | Massachusetts | N/A | Abbott Real Estate Development, LLC | Class A: Abbott Homes Fund I LLC (92%) Class C: John McDonough (4%) Paul Soughley (4%) | 26-0451367 |
| Abbott Homes - Winchester LLC | November 6, 2007 | Massachusetts | N/A | Abbott Real Estate Development, LLC | Class A: Abbott Homes Fund I LLC (98%) James McAuliffe (1%) Gerard Savard (1%) | 26-1614369 |
| Abbott Residences at Cordage Park LLC | December 10, 2007 | Massachusetts | N/A | Abbott Real Estate Development, LLC | Abbott Seaport Residences at Cordage Park LLC | 26-1867769 |
| Abbott Seaport Residences at Cordage Park LLC | January 2, 2008 | Massachusetts | N/A | Abbott Real Estate Development, LLC | James McAuliffe Gerard Savard | 26-4083524 |

00237106.DOC /