**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**(EASTERN DIVISION)**

| | |
|---|---|
| In re:<br><br>JAMES F. McAULIFFE,<br><br>Debtors. | Chapter 7<br>Case No. 16-11089-MSH |

*[Signature: Melvin S. Hoffman]*
*06/10/2016 ALLOWED.*

### DEBTORS' MOTION TO AMEND SCHDULES D AND I, STATEMENT OF FINANCIAL AFFAIRS AND THE CREDITOR MATRIX

To the Honorable Melvin S. Hoffman, United States Bankruptcy Judge:

NOW COMES the debtor, James F. McAuliffe (the "Debtor") and moves this Honorable Court to allow him to amend Schedules D and I, the Statement of Financial Affairs, and the Creditor Matrix in order to include certain information that was inadvertently omitted from the initial filing. Specifically, the Debtor seeks to add creditor National Lumber, to both Schedule D and the Creditor Matrix. The Debtor seeks to add information related to income, a pre-petition transfer and business entities in which the Debtor formerly had an interest to the Statement of Financial Affairs. The Debtor seeks to specify the name and address of the Debtor's employer on Schedule I.

WHEREFORE, the Debtors request that this Court enter an Order:

A. Allowing the Debtors to Amend Schedules D and I, the Statement of Financial Affairs and the Creditor Matrix; and

B. Granting the Debtors such other and further relief as is just.