# EXHIBIT A

JOHN O. DESMOND
ATTORNEY-AT-LAW
5 Edgell Road, Suite 30A
FRAMINGHAM, MASSACHUSETTS 01701

TELEPHONE (508) 879-9638
FAX (508) 820-0264

July 7 2016

Gary W. Cruickshank, Esq.
21 Custom House Street, Suite 920
Boston, MA 02110

Re: James F. McAuliffe
Chapter 7 No. 16-11089-MSH

Dear Mr. Cruickshank:

Paula Bachtell from the U.S. Trustee's office and I have prepared a list of documents that we need the debtor to produce to both of us in order for us to adequately examine the debtor's financial affairs. The list of documents is attached hereto. We request that you provide both of us the documents in electronic or PDF format.

I rescheduled the continued meeting of creditors to July 27, 2016. I would like to have all the requested documents prior to the continued meeting. If the debtor is going to need additional time to assemble the documents, just let me know and we can reschedule the continued meeting to another date. I will be away from the office the week of August 15, 2016.

Sincerely yours,

/s/ John O. Desmond

Enclosure

Copy: Paula Bachtell, Esq.

RE: James F. McAulife
Chapter 7 No. 16-11089-MSH

List of Documents Requested by U.S. Trustee and John Desmond, Chapter 7 Trustee

For the period of January 1, 2012 to the present, please provide the following:

1) a list of all financial accounts, domestic or international, owned or accessed by Debtor and/or spouse and/or any Entity(ies) owned, operated, controlled or to which Debtor and/or spouse hold or held a direct or indirect interest, including, but not limited to, Newco/Omni Navitas Holdings LLC ("Navitas"), e-NRG Holdings, LLC/Fund I/Management, LLC/Property Management, LLC/Sales, LLC ("e-NRG") , Cambridge Omni LLC/Cambridge Solar LLC/Gurney Street Irrevocable Trust ("Cambridge"), and Oldco(s)/Abbott Real Estate Development LLC/ Abbott Investments LLC/Abbott Homes Cohasset LLC (closed 12/15)/the Cohasset Project (discussed by Debtor at 341 meetings)/each entity listed on Debtor's joint 2015 Federal and State tax returns as well as each entity listed on Debtor's amended SOFA (D.E. # 19) ("Abbott") (combined "Entities") by institution, owner/signor(s)/person(s) with access, account number, open/close dates, purpose;

2) all documents concerning above financial accounts including statements, all source and disbursement records including deposits/additions, withdrawals/subtractions/check images/wires and/or transfers made to/from/by/between or on behalf of Debtor/spouse/Entities (Debtor has provided statements and checks dating 12/16/15 to 4/14/16 BOA account 9881);

3) for Debtor, spouse , and each Entity, all Federal and State tax returns including all schedules, supplements, W-2s, 1099s, K-1s, etc;

4) for Debtor, spouse, and each Entity, all documents concerning the formation, ownership, capitalization, operation, assets, liabilities and/or investments (start-up capital or any other reason) including all contracts, agreements, and solicitation memoranda (including ownership agreements, investor agreements, rental agreements, finders fees, fee payments, development fees, financing agreements, other equity agreements, lease option agreements, tax credit agreements, equity payments), applications and/or communications with utility companies (National Grid and/or Eversource) as well as Federal, State and Local authorities, income and expense statements, cash flow statements, balance sheets, a list of all owners/officers/directors/shareholders/ managers/members/trustees/beneficiaries (amounts loaned or invested, when, percentage ownership), from time to time, a list of all employees, contractors and/or interns, from time to time, a list of each project developer, financier and/or investor of any kind, from time to time, a list of each and every solar project (at any stage) including prospects, under agreement, billed, completed, specified, non-specified, pre/under/completed construction, domestic or international;

5) all documents concerning any motor vehicle lease(s) (including BMW) including all application(s), supporting documents including financial records, lease agreement(s);

6) all insurance declarations including personal article floaters;

7) all documents concerning 75 Central Street, Boston, MA office location including all application(s), supporting documents including financial records, lease agreement(s);

8) copies of all check images for payment of monthly rent, Comcast, electric, parking, etc;

9) As to Navitas Account QuickReport (prepared by Gene McAuliffe) attached to 5/31/16 memorandum (prepared by Debtor) reference to so-called "Loans-Jim McAuliffe" (Debtor's alleged loan receivable then payable), provide all documents evidencing/supporting each loan (or deposit) made by Debtor, each loan (or deposit) made on behalf/at direction of Debtor, each loan (or deposit) made by any other person and/or each loan (or deposit) made by any Entity (when, identified lender, source account, amount, form), and disposition of loan(or deposit) proceeds, each payment made to Debtor, each payment made on behalf of/at direction of Debtor to any other person or Entity, each payment made to any other person and/or each payment made to any Entity, (when, to whom, amount, form, deposit account), the disposition of all such proceeds (for example, all monies run through Abbott and/or Cohasset account(s)), and then an accounting (including supporting documents) of Debtor's alleged loan payable/claim held by Navitas;

As to Navitas Account QuickReport, provide all documents (including source account records) concerning the two $50K deposits on 12/3/14 and 2/4/15 and then each deposit including the $23.5K on 12/23/15 (listed on Debtor's previously provided BOA account 9881 statements);

As to Navitas Account QuickReport including all illegible pages concerning so-called Navitas reimbursables (please resubmit using larger font), provide all documents concerning Debtor, any other person or any Entity expense reimbursements including- expense budget(s), evidence of each incurred expense (nature, date, by whom, source account, and any and all transactions including so-called "large amounts owed to Debtor" ), how and when financed, how and when incurred, how and when reimbursed, terms of reimbursement, an accounting of each expense Debtor allegedly accumulated over the last two or more years (include evidencing/supporting documents), all records evidencing/supporting each expense request, each expense incurred (when, by whom, amount, form, source account), each expense reimbursed (when, to whom, amount, form, deposit account), disposition of expense reimbursement proceeds (for example, all monies run through Abbott and/or Cohasset account(s)), supporting financial account statements, deposit slips, check images, wires, other transfers, and supporting credit card statements;

As to Navitas Account QuickReport, provide all documents concerning any so-called "back payment" made to Debtor for work performed;

10) contact information for MaryRose and/or Timothy Boysen, of Simsbury, CT re: 12/23/15 deposit of $23,500 and then 12/28/15 withdrawal/wire $20K from BOA account 9881 or any other payment within one year of petition date (relative paid directly by Debtor w/in 1 year);

11) contact information for John Webster (project manager for Abbott paid by Navitas at direction of Debtor w/in 90 days and prior);

12) contact information for Cohen and Associates (accountants for Debtor, Navitas, and Abbott Entities, paid by Navitas at direction of Debtor w/in 90 days);

13) an accounting (with supporting documents) of each gift, payment or transfer of property (including money) within 2 years of petition date made by or at direction of Debtor (including each transaction run through an Abbott account and/or the Cohasset project, per Debtor, as well as each payment made to Cube 3 Studio LLC, Gene McAuliffe, John Webster, John McDonough, Anchor Insulation, and American Express as listed on the Navitas Account QuickReport);

14) contact information for Gene McAuliffe and Suki Singh (co-founders of Navitas and persons who authorized transactions listed on Navitas Account QuickReport, per Debtor's testimony at 341 meetings); and

15) any further amendments to the Debtor's petition, forms, schedules and/or SOFA.

# EXHIBIT B

THOMAS S. VANGEL
617.457.4072 DIRECT TELEPHONE
617.210.7072 DIRECT FACSIMILE
TVANGEL@MURTHALAW.COM

October 12, 2016

**VIA E-MAIL (gwc@cruickshank-law.com)**
**AND REGULAR MAIL**

Gary Cruickshank
21 Custom House, Suite 920
Boston, MA 02110

RE: In re: James F. McAuliffe, Ch. 7 Case No. 16-11089

Dear Gary:

I am writing as a follow up to the discovery conference held on September 30, 2016 pursuant to M.B.L.R. 7037-1(b). The purpose of the conference was to address the outstanding documents to be produced by the Debtor pursuant to the document requests of the Chapter 7 Trustee and the US Trustee's Office dated July 7, 2016 and to determine the scope of my Motion to Compel. The following is a listing of the outstanding documents which I understand your client has agreed to produce:

1. Check images prior to January 2015 for his personal account at Bank of America ("B of A"), Account Number 0000 8132 9881 (the "Personal Account").

2. Underlying source documents for the Personal Account deposits identified as BKOFAMERICA ATM Deposit in the Personal Account statements from December 2011 to the present.

3. The Personal Account statements dated June 15, 2014 through December 15, 2014.

4. The Personal Account statements dated April 15, 2016 to the present.

5. All documents concerning: (1) the two $50,000 deposits made into the Personal Account on December 3, 2014 and February 4, 2015; and (2) the $23,500 deposit made into the Personal Account on December 23, 2015, including deposit slips and the source of those proceeds.

6. In addition to cancelled checks, produce source documents for the reimbursements to James McAuliffe and third parties to which McAuliffe directed payment from the Omni Navitas Holdings LLC ("Omni Navitas") B of A account, Account Number 004648187046 (the "Omni Navitas Account") such as invoices, and evidence of loans or advances by McAuliffe to Omni Navitas.

7. Check images for the Omni Navitas Account from inception to August 31, 2016.

8. Documents containing any information regarding the valuation of Omni Navitas including, without limitation, projections, solicitations, offerings, financial statements and balance sheets.

9. All agreements and contracts between Omni Navitas and any third party.

10. All internal communications regarding the formation of Omni Navitas and Cambridge Omni LLC and the allocation of ownership interests in those entities.

11. All documents which relate to the valuation and projections set forth in the Debtor's Memoranda to Klipfer and Franklin in 2015 and 2014.

12. All budgets and projections for 2017 and beyond.

13. All bank statements and check images for the Abbott Real Estate Development LLC bank account from January 1, 2012 to the closing of that account.

14. All bank statements and check images regarding accounts in the name of Aetion Construction from January 1, 2012 until closing.

15. All documents concerning the Planet Self Storage Unit including the application and inventory regarding said unit.

16. All documents regarding payments to Attorney Fierman (You have indicated that there was never any agreement regarding these payments but rather monthly good faith payments in the approximate amount of $500 per month were made).

17. The application submitted by the Debtor for his current (2/24/16) and any former BMW lease and any accompanying financial statement(s), from January 1, 2012 to the present.

During our call I did not understand that the Debtor was voicing any objection to the production of these documents. You did raise, however, the fact that the Abbott Real Estate Development account records were destroyed and therefore a request upon B of A would need to be made and you are uncertain as to the cost. Similarly, you indicated that the check images for the Omni Navitas Account and the Personal Account (prior to December 16, 2014) were not readily available. I ask that the Debtor request these images from B of A and advise us of the cost involved to obtain this information.

Please let me know if I am mistaken as to any of the above or if there are categories of documents above which will not be provided. I would expect that the information that is within the Debtor's Omni Navitas' file can be produced within fourteen (14) days.

Please confirm by October 19, 2016 as to whether the Debtor objects to production of any of the above categories of documents and the timeframe for production of these documents so we can determine the scope of any required Motion to Compel. Thank you.

Very truly yours,

Thomas S. Vangel

TSV/lmp

cc: John O. Desmond, Chapter 7 Trustee
Paula Bachtell

# EXHIBIT C

Murtha Cullina Letter 10/12/16
Responses

1. Check images prior to January 2015 for his personal account at Bank of America ("B of A"), Account Number 0000 8132 9881 (the "Personal Account").

***See thumb drive for "B of A Personal Checks". These are copies of checks from 2/10/12 through 10/3/16.***

2. Underlying source documents for the Personal Account deposits identified as BKOFAMERICA ATM Deposit in the Personal Account statements from December 2011 to the present.

***See "B of A Analysis" on thumb drive. The Excel spreadsheet gives my allocation of all deposits. I do not have any other records other than the bank statements.***

3. The Personal Account statements dated June 15, 2014 through December 15, 2014.

***This has been provided in the past, but see thumb drive for "B of A Statements".***

4. The Personal Account statements dated April 15, 2016 to the present.

***See thumb drive for "B of A Statements April 15, 2016 through Present".***

5. All documents concerning: (1) the two $50,000 deposits made into the Personal Account on December 3, 2014 and February 4, 2015; and (2) the $23,500 deposit made into the Personal Account on December 23, 2015, including deposit slips and the source of those proceeds.

***I have checked my personal statements for Bank of America for December3, 2104 and for February 4, 2015 and there are no deposits of $50,000. Can you please give me more details about this request?***

***There was a deposit of $23,500 into my personal account on December 23, 2015 and that was a check from Omni Navitas for $23,500. This was repayment to me for as outlined on the "Reimbursable Schedule" (See thumb Drive). This was part of my reimbursement for the early startup expenses I covered for Omni.***

6. In addition to cancelled checks, produce source documents for the reimbursements to James McAuliffe and third parties to which McAuliffe directed payment from the Omni Navitas Holdings LLC ("Omni Navitas") B of A account, Account Number 004648187046 (the "Omni Navitas Account") such as invoices, and evidence of loans or advances by McAuliffe to Omni Navitas.

***I have enclosed all of the checks issued by Omni since its banking account started. There are no written documents – memos or loans – regarding this arrangement. It was a verbal arrangement that Omni would reimburse McAuliffe for Omni's share of rent, phones, etc.***

7. Check images for the Omni Navitas Account from inception to August 31, 2016.

***See thumb drive for "Omni Navitas Checks". There are copies of checks from 10/6/15 through 10/18/16.***

8. Documents containing any information regarding the valuation of Omni Navitas including, without limitation, projections, solicitations, offerings, financial statements and balance sheets.

***There are no valuation documents. We have provided you with all of Omni Navitas' tax returns and balance sheets.***

9. All agreements and contracts between Omni Navitas and any third party.

***Prior to McAuliffe's filing, there were only three agreements signed with an investor. Here are brief descriptions of each agreements. Also, copies of these agreements are on the thumb drive under "Omni Navitas Investor Agreements".***

***Sol-Wind, LLC – signed 7/22/14. 23 projects are outlined in that Memorandum of Understanding (MOU). None of those projects came to fruition before or after McAuliffe's filing date. Omni has no ongoing relationship with Sol-Wind.***

***Altus Power America – signed 12/4/14. 12 projects are outlined in that Memorandum of Understanding (MOU). None of those projects came to fruition before or after McAuliffe's filing date.***

***Conergy (aka CGY Omni I, LLC) – signed 4/6/15. Development Agreement was signed between Omni and Conergy to develop solar projects in Massachusetts. This agreement also outlines a business loan from Conergy. No projects were completed under this agreement and this agreement is now null and void. $232,712 were advanced under this agreement and then Conergy stopped advancing funds. This was based on a change in senior management at Conergy, and new management did not want to move ahead with this agreement.***

10. All internal communications regarding the formation of Omni Navitas and Cambridge Omni LLC and the allocation of ownership interests in those entities.

***There are no internal documents.***

11. All documents which relate to the valuation and projections set forth in the Debtor's Memoranda to Klipfel and Franklin in 2015 and 2014.

***There are no documents other than what Klipfel and Franklin possess.***

12. All budgets and projections for 2017 and beyond.

***I am assuming this is regarding Omni Navitas. There are no formal budgets and projections, nor am I authorized to release those.***

13. All bank statements and check images for the Abbott Real Estate Development LLC bank account from January 1, 2012 to the closing of that account.

***I do not have any physical records left for Abbott Real Estate Development, including bank statements. Abbott's CFO left the company several years ago, and now resides in CA. There no longer is a checking account for Abbott – it was closed several years ago – and we have no method to get these records from the bank.***

14. All bank statements and check images regarding accounts in the name of Aethon Construction from January 1, 2012 until closing.

***I do not have any physical records left Aethon Construction, including bank statements. Abbott's CFO – who was also handling Aethon - left the company several years ago, and now resides in CA. There no longer is a checking account for Aethon – it was closed several years ago – and we have no method to get these records from the bank.***

15. All documents concerning the Planet Self Storage Unit including the application and inventory regarding said unit.

***This storage was cleaned out late spring of 2015. There was no inventory. It included boxes of photographs, books, and papers of a personal nature and some pieces of furniture, such as an old organ. All of this was carted away at the time of cleaning. There was nothing sold from this storage unit when it was cleaned out. In fact, we had to pay 1-800-junk to cart it away. All items were of a personal nature and of no value.***

16. All documents regarding payments to Attorney Fierman (You have indicated that there was never any agreement regarding these payments but rather monthly good faith payments in the approximate amount of $500 per month were made).

***I believe there was a court order for me to pay Fierman $500 per month, signed by both parties. I am not in possession of that document. I believe it was filed with the court.***

# EXHIBIT D




THOMAS S. VANGEL
617.457.4072 DIRECT TELEPHONE
617.210.7072 DIRECT FACSIMILE
TVANGEL@MURTHALAW.COM

December 22, 2016

**VIA E-MAIL AND REGULAR MAIL**

Gary Cruickshank
21 Custom House, Ste. 920
Boston, MA 02110

RE: In re: James F. McAuliffe, Ch. 7 Case No. 16-11089

Dear Gary:

I am writing to follow up with your production of documents and accompanying letter provided on November 9, 2016 (the "November 9th Production") in response to our letter dated October 12, 2016. Based on our review, your responses to some of the requests remain incomplete and outstanding.

The following is a listing of remaining issues with the November 9th Production:

1. With respect to request 5, the Trustee's request should read "All documents concerning: (1) the two $50,000 deposits made into the **Omni Navitas Holdings LLC** account on December 3, 2014 and February 4, 2015; and (2) the $23,500 deposit made into the Personal Account account on December 23, 2015, including deposit slips and the source of those proceeds. A copy of the "Account QuickReport" referencing these deposits is attached as **Exhibit A**. Please provide all such documents.

2. With respect to requests 8 and 11 please further explain how the Debtor was able to provide five-year valuation figures in a January 2, 2015 Memorandum distributed to prospective investors (see page 12) despite not having any underlying documents to formulate the valuation figures. The valuation figures stated in the said Memorandum are as follows: Year 1 – N/A; Year 2 – $20,539,482; Year 3 – $21,289,247; Year 4 – $21,774,293; Year 5 – $22,221,348. Please provide greater detail regarding the underlying data used to calculate the substantial valuation amounts. What assumptions were used in calculating the valuation figures? What data was used

to calculate these valuation figures? Also, the Trustee assumes that valuations are periodically updated by Omni Navitas and that more recent valuation information should be available. The Trustee finds the Debtor's response incomplete at this time and highly incredible given the nature of data referenced in the Memorandum in addition to the recency of the data.

3. With respect to request 9 which called for the production of "All agreements and contracts between Omni Navitas and any third party," the Trustee requires further clarification. According to multiple news sources, Omni Navitas entered into an agreement with the Massachusetts Bay Transportation Authority ("MBTA") for the installation of solar energy equipment at 37 MBTA parking lots. A copy of a representative news article is attached as **Exhibit B**. Your response does not reference any such agreement. Please provide all agreements and contracts between Omni Navitas and the MBTA. Additionally, please confirm that there are no additional agreements and contracts between Omni Navitas and any other third party.

4. With respect to request 10 which called for the production of "All internal communications regarding the formation of Omni Navitas and Cambridge Omni LLC and the allocation of ownership interests in those entities," we are struggling with the notion that there are no written communications (including emails) between and among the founding members of Omni Navitas as to the allocation of ownership interests particularly since the Debtor was valuing the Company at approximately $20 million at or around the time the Operating Agreement was finalized. Therefore, the Trustee reiterates his request for this category of documents.

5. With respect to requests 13 and 14, which called for the production of "All bank statements and check images for the Abbott Real Estate Development LLC bank account from January 1, 2012 to the closing of that account" and "All bank statements and check images regarding accounts in the name of Aetion Construction from January 1, 2012 until closing", we are struggling with the fact that the Debtor, who was a principal of both entities and, as we understand it, had authorization on both accounts, is unable to obtain any documentation. We would expect that the Debtor would have access and be able to obtain the documents requested. Therefore, the Trustee reiterates his request for this category of documents.

6. With respect to request 17, which called for the production of "The application submitted by the Debtor for his current (2/24/16) and any former BMW lease and any accompanying financial statement(s), from January 1, 2012 to the present" the Debtor has failed to provide any responsive documentation. Please provide the application submitted by the Debtor for his current BMW lease and any accompanying financial statement. Again, we are struggling with the notion that BMW does not have some documentation in this regard and that the Debtor would not have access to this information.

7. The Trustee's July 7, 2016 letter, called for the production of "a list of all financial accounts, domestic or international, owned or accessed by Debtor and/or spouse and/or any Entity(ies) owned, operated, controlled or to which Debtor and/or spouse hold or held a direct or indirect interest, including, but not limited to, Omni Navitas Holdings LLC, e-NRG Holdings, LLC/Fund I/Management, LLC/Property Management, LLC/Sales, LLC, Cambridge Omni LLC/Cambridge Solar LLC/Gurney Street Irrevocable Trust, and Abbott Real Estate Development LLC, Abbott Investments LLC, Abbott Homes Cohasset LLC and (each entity listed on Debtor's joint 2015 Federal and State tax returns as well as each entity listed on Debtor's amended SOFA (D.E. #19) by institution, owner/signor(s)/person(s) with access, account number, open/close dates, purpose." The Debtor has failed to produce such a list. Please provide a list of these bank accounts or other financial accounts accordingly.

8. Lawson & Weitzen Deposits. There were sizeable deposits from Lawson & Weitzen to the Omni Navitas B of A account between October 2015 and February 2016. Please identify the individual or entity whose funds were being deposited through Lawson & Weitzen to Omni Navitas.

Please confirm that the Debtor will provide the requested materials; otherwise we will proceed with a motion to compel. I would expect that the documents and information that is within the Debtor's Omni Navitas' file can be produced within ten (10) days. I recognize that there may be some delays associated with the holidays. Please call me next week to discuss further.

Very truly yours,

Thomas S. Vangel

TSV/lmp

cc: John O. Desmond, Chapter 7 Trustee
Paula Bachtell

7651916v1

# Exhibit A

10:52 AM
05/27/16
Accrual Basis

# Omni Navitas Holdings LLC
## Account QuickReport
All Transactions

| Type | Date | Num | Name | Memo | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|
| Loan - Jim McAuliffe | | | | | | | |
| General Journal | 4/25/2013 | Broad... | | Broadview N... | Telephones - ... | 671.33 | 671.33 |
| General Journal | 5/24/2013 | Broad... | | Broadview N... | Telephones - ... | 689.32 | 1,360.65 |
| General Journal | 6/1/2013 | Rent | | 75 Central St... | Rent | 4,697.44 | 6,058.09 |
| General Journal | 6/1/2013 | Verizon | | Verizon Bill | Cell Phones | 293.20 | 6,351.29 |
| General Journal | 6/1/2013 | Comc... | | Comcast Bill | Comcast | 186.14 | 6,537.43 |
| General Journal | 6/1/2013 | NSTAR | | NStar Bill 25... | Gas and Electric | 511.93 | 7,049.36 |
| General Journal | 6/1/2013 | Parking | | Interpark Bill | Parking | 1,867.50 | 8,916.86 |
| General Journal | 6/10/2013 | Broad... | | Broadview N... | Telephones - ... | 688.89 | 9,605.75 |
| General Journal | 7/1/2013 | Rent | | 75 Central St... | Rent | 4,697.44 | 14,303.19 |
| General Journal | 7/1/2013 | Verizon | | Verizon Bill | Cell Phones | 592.53 | 14,895.72 |
| General Journal | 7/1/2013 | Comc... | | Comcast Bill | Comcast | 182.59 | 15,078.31 |
| General Journal | 7/1/2013 | NSTAR | | NStar Bill 25... | Gas and Electric | 505.64 | 15,583.95 |
| General Journal | 7/1/2013 | Parking | | Interpark Bill | Parking | 1,867.50 | 17,451.45 |
| General Journal | 7/17/2013 | Broad... | | Broadview N... | Telephones - ... | 696.20 | 18,147.65 |
| General Journal | 8/1/2013 | Rent | | 75 Central St... | Rent | 4,697.44 | 22,845.09 |
| General Journal | 8/1/2013 | Verizon | | Verizon Bill | Cell Phones | 290.92 | 23,136.01 |
| General Journal | 8/1/2013 | Comc... | | Comcast Bill | Comcast | 180.97 | 23,316.98 |
| General Journal | 8/1/2013 | NSTAR | | NStar Bill 25... | Gas and Electric | 523.05 | 23,840.03 |
| General Journal | 8/1/2013 | Parking | | Interpark Bill | Parking | 1,867.50 | 25,707.53 |
| General Journal | 8/19/2013 | Broad... | | Broadview N... | Telephones - ... | 677.13 | 26,384.66 |
| General Journal | 9/1/2013 | Rent | | 75 Central St... | Rent | 4,697.44 | 31,082.10 |
| General Journal | 9/1/2013 | Verizon | | Verizon Bill | Cell Phones | 614.93 | 31,697.03 |
| General Journal | 9/1/2013 | Comc... | | Comcast Bill | Comcast | 191.98 | 31,889.01 |
| General Journal | 9/1/2013 | NSTAR | | NStar Bill 25... | Gas and Electric | 499.87 | 32,388.88 |
| General Journal | 9/1/2013 | Parking | | Interpark Bill | Parking | 1,867.50 | 34,256.38 |
| General Journal | 10/1/2013 | Rent | | 75 Central St... | Rent | 4,697.44 | 38,953.82 |
| General Journal | 10/1/2013 | Verizon | | Verizon Bill | Cell Phones | 588.43 | 39,542.25 |
| General Journal | 10/1/2013 | Comc... | | Comcast Bill | Comcast | 189.22 | 39,731.47 |
| General Journal | 10/1/2013 | NSTAR | | NStar Bill 25... | Gas and Electric | 501.08 | 40,232.55 |
| General Journal | 10/1/2013 | Parking | | Interpark Bill | Parking | 1,867.50 | 42,100.05 |
| General Journal | 11/1/2013 | Rent | | 75 Central St... | Rent | 4,697.44 | 46,797.49 |
| General Journal | 11/1/2013 | Verizon | | Verizon Bill | Cell Phones | 529.35 | 47,326.84 |
| General Journal | 11/1/2013 | Comc... | | Comcast Bill | Comcast | 179.69 | 47,506.53 |
| General Journal | 11/1/2013 | NSTAR | | NStar Bill 25... | Gas and Electric | 521.03 | 48,027.56 |
| General Journal | 11/1/2013 | Parking | | Interpark Bill | Parking | 1,867.50 | 49,895.06 |
| General Journal | 11/8/2013 | Broad... | | Broadview N... | Telephones - ... | 698.84 | 50,593.90 |
| General Journal | 11/22/2013 | Broad... | | Broadview N... | Telephones - ... | 698.84 | 51,292.74 |
| General Journal | 12/1/2013 | Rent | | 75 Central St... | Rent | 4,697.44 | 55,990.18 |
| General Journal | 12/1/2013 | Verizon | | Verizon Bill | Cell Phones | 605.47 | 56,595.65 |
| General Journal | 12/1/2013 | Comc... | | Comcast Bill | Comcast | 185.75 | 56,781.40 |
| General Journal | 12/1/2013 | NSTAR | | NStar Bill 25... | Gas and Electric | 504.97 | 57,286.37 |
| General Journal | 12/1/2013 | Parking | | Interpark Bill | Parking | 1,867.50 | 59,153.87 |
| General Journal | 1/1/2014 | Rent | | 75 Central St... | Rent | 6,263.25 | 65,417.12 |
| General Journal | 1/1/2014 | Verizon | | Verizon Bill | Cell Phones | 707.55 | 66,124.67 |
| General Journal | 1/1/2014 | Comc... | | Comcast Bill | Comcast | 215.91 | 66,340.58 |
| General Journal | 1/1/2014 | NSTAR | | NStar Bill 25... | Gas and Electric | 594.87 | 66,935.45 |
| General Journal | 1/1/2014 | Parking | | Interpark Bill | Parking | 2,490.00 | 69,425.45 |
| General Journal | 1/28/2014 | Broad... | | Broadview N... | Telephones - ... | 695.42 | 70,120.87 |

10:52 AM
05/27/16
Accrual Basis

# Omni Navitas Holdings LLC
## Account QuickReport
### All Transactions

| Type | Date | Num | Name | Memo | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|
| Deposit | 1/29/2014 | | Jim McAuliffe | Kyle Wilbur ... | Bank of America | 3,250.00 | 73,370.87 |
| General Journal | 2/1/2014 | Rent | | 75 Central St... | Rent | 6,263.25 | 79,634.12 |
| General Journal | 2/1/2014 | Comc... | | Comcast Bill | Comcast | 213.58 | 79,847.70 |
| General Journal | 2/1/2014 | NSTAR | | NStar Bill 25... | Gas and Electric | 608.92 | 80,456.62 |
| General Journal | 2/1/2014 | Parking | | Interpark Bill | Parking | 2,490.00 | 82,946.62 |
| Deposit | 2/28/2014 | | Jim McAuliffe | Kyle Wilbur ... | Bank of America | 3,000.00 | 85,946.62 |
| General Journal | 3/1/2014 | Rent | | 75 Central St... | Rent | 6,263.25 | 92,209.87 |
| General Journal | 3/1/2014 | Verizon | | Verizon Bill | Cell Phones | 653.49 | 92,863.36 |
| General Journal | 3/1/2014 | Comc... | | Comcast Bill | Comcast | 212.85 | 93,076.21 |
| General Journal | 3/1/2014 | NSTAR | | NStar Bill 25... | Gas and Electric | 657.29 | 93,733.50 |
| General Journal | 3/1/2014 | Parking | | Interpark Bill | Parking | 2,490.00 | 96,223.50 |
| General Journal | 3/10/2014 | Broad... | | Broadview N... | Telephones - ... | 714.58 | 96,938.08 |
| Deposit | 3/24/2014 | | Jim McAuliffe | Kyle Wilbur ... | Bank of America | 3,000.00 | 99,938.08 |
| General Journal | 4/1/2014 | Rent | | 75 Central St... | Rent | 6,263.25 | 106,201.33 |
| General Journal | 4/1/2014 | Verizon | | Verizon Bill | Cell Phones | 832.12 | 107,033.45 |
| General Journal | 4/1/2014 | Comc... | | Comcast Bill | Comcast | 216.54 | 107,249.99 |
| General Journal | 4/1/2014 | NSTAR | | NStar Bill 25... | Gas and Electric | 701.45 | 107,951.44 |
| General Journal | 4/1/2014 | Parking | | Interpark Bill | Parking | 2,490.00 | 110,441.44 |
| General Journal | 4/15/2014 | Broad... | | Broadview N... | Telephones - ... | 738.64 | 111,180.08 |
| General Journal | 5/1/2014 | Rent | | 75 Central St... | Rent | 6,263.25 | 117,443.33 |
| General Journal | 5/1/2014 | Verizon | | Verizon Bill | Cell Phones | 903.56 | 118,346.89 |
| General Journal | 5/1/2014 | Comc... | | Comcast Bill | Comcast | 211.89 | 118,558.78 |
| General Journal | 5/1/2014 | NSTAR | | NStar Bill 25... | Gas and Electric | 692.54 | 119,251.32 |
| General Journal | 5/1/2014 | Parking | | Interpark Bill | Parking | 2,490.00 | 121,741.32 |
| Check | 5/5/2014 | | Jim McAuliffe | CH# 1011 Re... | Bank of America | -16,700.00 | 105,041.32 |
| Check | 5/21/2014 | 1051 | Jim McAuliffe | | Bank of America | -5,000.00 | 100,041.32 |
| Deposit | 5/23/2014 | | Jim McAuliffe | Deposit | Bank of America | 5,000.00 | 105,041.32 |
| Check | 5/27/2014 | | Jim McAuliffe | J. McAuliffe | Bank of America | -1,000.00 | 104,041.32 |
| General Journal | 6/1/2014 | Rent | | 75 Central St... | Rent | 6,263.25 | 110,304.57 |
| General Journal | 6/1/2014 | Verizon | | Verizon Bill | Cell Phones | 887.15 | 111,191.72 |
| General Journal | 6/1/2014 | Comc... | | Comcast Bill | Comcast | 214.63 | 111,406.35 |
| General Journal | 6/1/2014 | NSTAR | | NStar Bill 25... | Gas and Electric | 723.65 | 112,130.00 |
| General Journal | 6/1/2014 | Parking | | Interpark Bill | Parking | 2,490.00 | 114,620.00 |
| General Journal | 6/5/2014 | Broad... | | Broadview N... | Telephones - ... | 664.88 | 115,284.88 |
| General Journal | 6/23/2014 | Broad... | | Broadview N... | Telephones - ... | 670.69 | 115,955.57 |
| Check | 6/24/2014 | | Jim McAuliffe | June Rent, P... | Bank of America | -10,000.00 | 105,955.57 |
| General Journal | 7/1/2014 | Rent | | 75 Central St... | Rent | 6,562.00 | 112,517.57 |
| General Journal | 7/1/2014 | Verizon | | Verizon Bill | Cell Phones | 781.25 | 113,298.82 |
| General Journal | 7/1/2014 | Comc... | | Comcast Bill | Comcast | 219.05 | 113,517.87 |
| General Journal | 7/1/2014 | NSTAR | | NStar Bill 25... | Gas and Electric | 687.63 | 114,205.50 |
| General Journal | 7/1/2014 | Parking | | Interpark Bill | Parking | 2,490.00 | 116,695.50 |
| Check | 7/10/2014 | | Jim McAuliffe | July Rent, Pa... | Bank of America | -9,000.00 | 107,695.50 |
| General Journal | 7/21/2014 | Broad... | | Broadview N... | Telephones - ... | 724.93 | 108,420.43 |
| Check | 7/31/2014 | | Jim McAuliffe | | Bank of America | -10,000.00 | 98,420.43 |
| General Journal | 8/1/2014 | Verizon | | Verizon Bill | Cell Phones | 711.56 | 99,131.99 |
| General Journal | 8/1/2014 | Comc... | | Comcast Bill | Comcast | 217.17 | 99,349.16 |
| General Journal | 8/1/2014 | NSTAR | | NStar Bill 25... | Gas and Electric | 651.83 | 100,000.99 |
| Check | 8/19/2014 | | Jim McAuliffe | | Bank of America | -1,500.00 | 98,500.99 |
| Check | 8/28/2014 | | Jim McAuliffe | | Bank of America | -16,000.00 | 82,500.99 |

This was used on Cohasset [illegible]

SEE BANK STATEMENT

This went to COHASSET PROJECT

This went to Abbott checking acct.

This went to Abbott acct. then went to Jim's B of A acct.

This went to B of A Abbott acct.

10:52 AM

05/27/16

Accrual Basis

# Omni Navitas Holdings LLC
## Account QuickReport
### All Transactions

| Type | Date | Num | Name | Memo | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|
| Check | 8/29/2014 | | Jim McAuliffe | | Bank of America | -16,000.00 | 66,500.99 |
| General Journal | 9/1/2014 | Rent | | 75 Central St... | Rent | 6,562.00 | 73,062.99 |
| General Journal | 9/1/2014 | Verizon | | Verizon Bill | Cell Phones | 698.79 | 73,761.78 |
| General Journal | 9/1/2014 | Comc... | | Comcast Bill | Comcast | 211.50 | 73,973.28 |
| General Journal | 9/1/2014 | NSTAR | | NStar Bill 25... | Gas and Electric | 715.66 | 74,688.94 |
| General Journal | 9/1/2014 | Parking | | Interpark Bill | Parking | 2,490.00 | 77,178.94 |
| Deposit | 9/10/2014 | | Jim McAuliffe | Deposit | Bank of America | 750.00 | 77,928.94 |
| Check | 9/12/2014 | | Jim McAuliffe | | Bank of America | -10,000.00 | 67,928.94 |
| Deposit | 9/15/2014 | | Jim McAuliffe | Deposit | Bank of America | 1,500.00 | 69,428.94 |
| General Journal | 10/1/2014 | Verizon | | Verizon Bill | Cell Phones | 804.02 | 70,232.96 |
| General Journal | 10/1/2014 | Comc... | | Comcast Bill | Comcast | 216.55 | 70,449.51 |
| General Journal | 10/1/2014 | NSTAR | | NStar Bill 25... | Gas and Electric | 684.39 | 71,133.90 |
| General Journal | 10/1/2014 | Parking | | Interpark Bill | Parking | 2,490.00 | 73,623.90 |
| Check | 10/31/2014 | | Jim McAuliffe | | Bank of America | -10,000.00 | 63,623.90 |
| General Journal | 11/1/2014 | Verizon | | Verizon Bill | Cell Phones | 787.61 | 64,411.51 |
| General Journal | 11/1/2014 | Comc... | | Comcast Bill | Comcast | 210.88 | 64,622.39 |
| General Journal | 11/1/2014 | NSTAR | | NStar Bill 25... | Gas and Electric | 667.25 | 65,289.64 |
| General Journal | 12/1/2014 | Rent | | 75 Central St... | Rent | 6,562.00 | 71,851.64 |
| General Journal | 12/1/2014 | Verizon | | Verizon Bill | Cell Phones | 753.21 | 72,604.85 |
| General Journal | 12/1/2014 | Comc... | | Comcast Bill | Comcast | 218.49 | 72,823.34 |
| General Journal | 12/1/2014 | NSTAR | | NStar Bill 25... | Gas and Electric | 712.98 | 73,536.32 |
| Deposit | 12/3/2014 | | Jim McAuliffe | Transfer fr C... | Bank of America | 50,000.00 | 123,536.32 |
| General Journal | 1/1/2015 | Verizon | | Verizon Bill | Cell Phones | 637.50 | 124,173.82 |
| General Journal | 1/1/2015 | Comc... | | Comcast Bill | Comcast | 218.97 | 124,392.79 |
| General Journal | 1/1/2015 | NSTAR | | NStar Bill 25... | Gas and Electric | 653.28 | 125,046.07 |
| General Journal | 2/1/2015 | Verizon | | Verizon Bill | Cell Phones | 653.20 | 125,699.27 |
| General Journal | 2/1/2015 | NSTAR | | NStar Bill 25... | Gas and Electric | 624.78 | 126,324.05 |
| Deposit | 2/4/2015 | | Jim McAuliffe | Transfer fr C... | Bank of America | 50,000.00 | 176,324.05 |
| Check | 2/4/2015 | 1067 | Cube 3 Studio LLC | | Bank of America | -1,000.00 | 175,324.05 |
| Check | 2/4/2015 | | Gene McAuliffe | | Bank of America | -3,000.00 | 172,324.05 |
| Check | 2/4/2015 | | Jim McAuliffe | | Bank of America | -19,405.00 | 152,919.05 |
| Check | 2/4/2015 | 1071 | John Webster | | Bank of America | -7,000.00 | 145,919.05 |
| Check | 2/4/2015 | 1070 | John McDonough | | Bank of America | -5,000.00 | 140,919.05 |
| Check | 2/4/2015 | | Anchor Insulation | | Bank of America | -2,000.00 | 138,919.05 |
| General Journal | 3/1/2015 | Verizon | | Verizon Bill | Cell Phones | 743.15 | 139,662.20 |
| General Journal | 3/1/2015 | Comc... | | Comcast Bill | Comcast | 215.84 | 139,878.04 |
| General Journal | 3/1/2015 | NSTAR | | NStar Bill 25... | Gas and Electric | 681.75 | 140,559.79 |
| Deposit | 3/6/2015 | | Jim McAuliffe | Deposit | Bank of America | 7,016.96 | 147,576.75 |
| General Journal | 4/1/2015 | Verizon | | Verizon Bill | Cell Phones | 589.46 | 148,166.21 |
| General Journal | 4/1/2015 | Comc... | | Comcast Bill | Comcast | 216.53 | 148,382.74 |
| General Journal | 4/1/2015 | NSTAR | | NStar Bill 25... | Gas and Electric | 777.35 | 149,160.09 |
| Deposit | 4/1/2015 | | Jim McAuliffe | Deposit | Bank of America | 60.00 | 149,220.09 |
| Bill | 4/8/2015 | Reim... | Jim McAuliffe | Center Street... | Accounts Pay... | -6,268.50 | 142,951.59 |
| Bill | 4/8/2015 | Reim... | Jim McAuliffe | Center Street... | Accounts Pay... | -6,268.50 | 136,683.09 |
| Bill | 4/8/2015 | Reim... | Jim McAuliffe | Center Street... | Accounts Pay... | -6,268.50 | 130,414.59 |
| Bill | 4/8/2015 | Reim... | Jim McAuliffe | Center Street... | Accounts Pay... | -4,829.69 | 125,584.90 |
| Check | 4/15/2015 | | Jim McAuliffe | | Bank of America | -2,500.00 | 123,084.90 |
| Check | 4/17/2015 | | American Express | | Bank of America | -7,114.01 | 115,970.89 |
| Check | 4/28/2015 | | Jim McAuliffe | | Bank of America | -2,500.00 | 113,470.89 |

This went to Abbott B of A acct - for oH + Cohasset expenses.

this went to Jim B of A acct

went to Abbott B of A acct, then $5,000 to Jim

went to Jim B of A acct

These are Abbott debts

These are Abbott debts

RENT PYMTS.

went to Jim B of A acct

ABBOTT EXPENSE

went to Jim B of A

10:52 AM

05/27/16

Accrual Basis

# Omni Navitas Holdings LLC
## Account QuickReport
### All Transactions

| Type | Date | Num | Name | Memo | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|
| General Journal | 5/1/2015 | Verizon | | Verizon Bill | Cell Phones | 794.65 | 114,265.54 |
| General Journal | 5/1/2015 | Comc... | | Comcast Bill | Comcast | 217.47 | 114,483.01 |
| General Journal | 5/1/2015 | NSTAR | | NStar Bill 25... | Gas and Electric | 689.21 | 115,172.22 |
| Check | 5/8/2015 | 1006 | John Webster | | Bank of America | -2,500.00 | 112,672.22 |
| General Journal | 6/1/2015 | Verizon | | Verizon Bill | Cell Phones | 576.99 | 113,249.21 |
| General Journal | 6/1/2015 | Comc... | | Comcast Bill | Comcast | 211.55 | 113,460.76 |
| General Journal | 6/1/2015 | NSTAR | | NStar Bill 25... | Gas and Electric | 704.86 | 114,165.62 |
| General Journal | 7/1/2015 | Verizon | | Verizon Bill | Cell Phones | 803.87 | 114,969.49 |
| General Journal | 7/1/2015 | Comc... | | Comcast Bill | Comcast | 218.74 | 115,188.23 |
| General Journal | 7/1/2015 | NSTAR | | NStar Bill 25... | Gas and Electric | 644.51 | 115,832.74 |
| General Journal | 8/1/2015 | Verizon | | Verizon Bill | Cell Phones | 658.12 | 116,490.86 |
| General Journal | 8/1/2015 | Comc... | | Comcast Bill | Comcast | 212.89 | 116,703.75 |
| General Journal | 8/1/2015 | NSTAR | | NStar Bill 25... | Gas and Electric | 653.32 | 117,357.07 |
| Check | 8/18/2015 | 1019 | Jim McAuliffe | | Bank of America | -8,000.00 | 109,357.07 |
| Check | 8/18/2015 | 1025 | Jim McAuliffe | 5927.84 BCB... | Bank of America | -7,677.84 | 101,679.23 |
| Check | 10/6/2015 | 1036 | Jim McAuliffe | | Bank of America | -25,000.00 | 76,679.23 |
| Check | 10/6/2015 | 1043 | Jim McAuliffe | | Bank of America | -3,500.00 | 73,179.23 |
| Check | 10/16/2015 | 1047 | Jim McAuliffe | Reimbursem... | Bank of America | -2,500.00 | 70,679.23 |
| Check | 10/16/2015 | | Jim McAuliffe | | Bank of America | -1,000.00 | 69,679.23 |
| Check | 10/20/2015 | 1052 | Jim McAuliffe | | Bank of America | -3,500.00 | 66,179.23 |
| Check | 10/23/2015 | | Jim McAuliffe | Reimbursem... | Bank of America | -1,000.00 | 65,179.23 |
| Check | 10/23/2015 | | Jim McAuliffe | Reimbursem... | Bank of America | -1,000.00 | 64,179.23 |
| Check | 10/30/2015 | 1054 | Jim McAuliffe | Reimbursem... | Bank of America | -1,500.00 | 62,679.23 |
| Check | 10/30/2015 | 1055 | Jim McAuliffe | Reimbursem... | Bank of America | -4,744.54 | 57,934.69 |
| Check | 11/4/2015 | 1056 | Jim McAuliffe | Reimbursem... | Bank of America | -3,500.00 | 54,434.69 |
| Check | 11/13/2015 | 1063 | Jim McAuliffe | | Bank of America | -1,500.00 | 52,934.69 |
| Check | 11/13/2015 | | Jim McAuliffe | | Bank of America | -1,000.00 | 51,934.69 |
| Check | 11/13/2015 | | Jim McAuliffe | | Bank of America | -1,000.00 | 50,934.69 |
| Check | 11/20/2015 | 1064 | Jim McAuliffe | | Bank of America | -3,500.00 | 47,434.69 |
| Check | 11/23/2015 | 1067 | Jim McAuliffe | | Bank of America | -3,500.00 | 43,934.69 |
| Check | 11/25/2015 | | Jim McAuliffe | Reimbursem... | Bank of America | -1,266.30 | 42,668.39 |
| Check | 12/4/2015 | 1070 | Jim McAuliffe | | Bank of America | -3,500.00 | 39,168.39 |
| Check | 12/8/2015 | 1072 | Jim McAuliffe | | Bank of America | -3,500.00 | 35,668.39 |
| Check | 12/17/2015 | 1081 | Jim McAuliffe | | Bank of America | -3,500.00 | 32,168.39 |
| Check | 12/22/2015 | 1084 | Jim McAuliffe | Reimbursem... | Bank of America | -3,760.89 | 28,407.50 |
| Check | 12/22/2015 | 1086 | Jim McAuliffe | | Bank of America | -3,500.00 | 24,907.50 |
| Check | 12/22/2015 | 1087 | Jim McAuliffe | | Bank of America | -20,000.00 | 4,907.50 |
| Check | 12/30/2015 | 1088 | Jim McAuliffe | | Bank of America | -3,500.00 | 1,407.50 |
| Check | 12/30/2015 | 1091 | John Webster | | Bank of America | -10,000.00 | -8,592.50 |
| Check | 1/8/2016 | 1092 | Jim McAuliffe | | Bank of America | -3,500.00 | -12,092.50 |
| Check | 1/15/2016 | 1096 | Jim McAuliffe | | Bank of America | -3,500.00 | -15,592.50 |
| Check | 1/22/2016 | 1103 | Jim McAuliffe | | Bank of America | -3,500.00 | -19,092.50 |
| Check | 1/29/2016 | 1104 | Jim McAuliffe | | Bank of America | -3,500.00 | -22,592.50 |
| Check | 2/11/2016 | 1114 | Jim McAuliffe | 3500. X 2 | Bank of America | -7,000.00 | -29,592.50 |
| Check | 2/11/2016 | 1136 | Jim McAuliffe | | Bank of America | -3,500.00 | -33,092.50 |
| Check | 2/19/2016 | 1139 | Jim McAuliffe | | Bank of America | -3,500.00 | -36,592.50 |
| Check | 2/22/2016 | 1141 | Cohen & Associate... | Inv# 16044 | Bank of America | -9,360.00 | -45,952.50 |
| Check | 2/22/2016 | 1144 | Jim McAuliffe | | Bank of America | -3,500.00 | -49,452.50 |
| Check | 3/4/2016 | 1153 | John Webster | | Bank of America | -15,131.51 | -64,584.01 |

ABBOTT expense

went to JIM B of A ACCT.

went to Jim B of A acct.

went to Jim B of A acct

abbott expense

went to Jim B of A acct.

abbott expense paid directly

abbott expense pd directly

10:52 AM
05/27/16
Accrual Basis

# Omni Navitas Holdings LLC
## Account QuickReport
All Transactions

went to Jim B of A acct.

| Type | Date | Num | Name | Memo | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|
| Check | 3/4/2016 | 1154 | Jim McAuliffe | | Bank of America | -4,000.00 | -68,584.01 |
| Check | 5/13/2016 | 1225 | Jim McAuliffe | | Bank of America | -1,000.00 | -69,584.01 |
| Total Loan - Jim McAuliffe | | | | | | -69,584.01 | -69,584.01 |
| TOTAL | | | | | | -69,584.01 | -69,584.01 |

# Exhibit B

Wednesday, August 03, 2016

# MBTA lights up solar infrastructure initiative

Written by Ben Vient, Managing Editor



**The MBTA Fiscal and Management Control Board approved a plan on August 1 allowing for the installation of solar energy generating equipment at 37 T-owned parking facilities.**

The 20-year lease agreement with Omni-Navitas Holdings LLC will generate $1.9 million in base rent in the first year, with a 3% annual increase. Once all the locations are fully operational, the MBTA will also realize approximately $5 million in savings through a reduction in snow removal, electricity and lighting maintenance costs. Over the 20-year length of the lease, the MBTA will realize $55 million in income and savings.

"The MBTA has undertaken an important opportunity to leverage its parking facilities to reduce costs, increase own-source revenue and support the Commonwealth's greater greenhouse gas reduction targets and clean energy goals," said Governor Charlie Baker. "Private sector partnerships like these are essential to the T's ability to focus on controlling costs and improving its core system to deliver the reliable public transit system its riders deserve."

The solar infrastructure initiative aligns with the Baker-Polito Administration's Real Estate Asset Leveraging (REAL) "Open for Business" Strategy for developing unused or underutilized state properties into new opportunities for transit-oriented housing, economic growth and job creation, increased revenue and reduced costs.

"This important partnership helps make the MBTA more fiscally sound by increasing own-source revenues as well as lowering our maintenance costs," said MBTA General Manager Brian Shortsleeve. "It also helps expand the state's renewable energy infrastructure.

There will be a two-year installation period for putting the solar panels in place. The facilities are comprised of 28 MBTA surface parking lots and nine MBTA structured parking garages.

Garage locations include Alewife, Quincy Adams, Braintree, Woodland, Salem, Lynn and Route 128 station in Westwood, as well as Beverly Station Garage and Wonderland Station Garage. The MBTA surface parking lot locations include Haverhill, Bradford, Ballardvale, Wilmington, Wakefield, Franklin, Norfolk, Norwood Depot, Readville, Gloucester, Montserrat, Hamilton/Wenham, Halifax, Whitman, Abington, South Weymouth, North Scituate, Cohasset, West Hingham, Weymouth Landing, Westborough, Southborough, West Natick, Canton Center, Canton Junction, Hyde Park, South Acton and Hanson.

The MBTA also seeks to promote the development of renewable energy including solar photovoltaic facilities on its property for its own use.

As the largest electricity consumer in Massachusetts, the MBTA has focused on the development of a system-wide approach to implement energy efficiency programs with a goal of clean renewable energy development on its large real estate holdings. In May, the MBTA projected a 12.8% reduction in energy costs for the 2017 Fiscal Year, and expects to see additional savings during the next three years.

# EXHIBIT E

Vangel Letter
12/22/16

1.) With respect to request 5, the Trustee's request should read "All documents concerning: (1) the two $50,000 deposits made into the Omni Navitas Holdings LLC account on December 3, 2014 and February 4, 2015; and (2) the $23,500 deposit made into the Personal Account account on December 23, 2015, including deposit slips and the source of those proceeds. A copy of the "Account QuickReport" referencing these deposits is attached as Exhibit A. Please provide all such documents.

***Debtor's previous response was:***

***" I have checked my personal statements for Bank of America for December3, 2104 and for February 4, 2015 and there are no deposits of $50,000. Can you please give me more details about this request?***

***There was a deposit of $23,500 into my personal account on December 23, 2015 and that was a check from Omni Navitas for $23,500. This was repayment to me for as outlined on the "Reimbursable Schedule" (See thumb Drive). This was part of my reimbursement for the early startup expenses I covered for Omni."***

***Debtor does not have any deposit slips. The December 3, 2014 $50,000 deposit and the February 4, 2015 $50,000 deposit into the Omni Navitas came from Abbott account at Bank of America.***

2.) With respect to requests 8 and 11 please further explain how the Debtor was able to provide five-year valuation figures in a January 2, 2015 Memorandum distributed to prospective investors (see page 12) despite not having any underlying documents to formulate the valuation figures. The valuation figures stated in the said Memorandum are as follows: Year 1 — N/A; Year 2 — $20,539,482; Year 3 —$21,289,247; Year 4 — $21,774,293; Year 5 — $22,221,348. Please provide greater detail regarding the underlying data used to calculate the substantial valuation amounts. What assumptions were used in calculating the valuation figures? What data was used to calculate these valuation figures? Also, the Trustee assumes that valuations are periodically updated by Omni Navitas and that more recent valuation information should be available. The Trustee finds the Debtor's response incomplete at this time and highly incredible given the nature of data referenced in the Memorandum in addition to the recency of the data.

***All numbers in the January 2, 2015 were projections and, by their nature, speculative. And all calculations were contained in the memo. Debtor has provided you with Omni Navitas tax returns for 2013, 2014, and 2015. These are the actual numbers for how the company performed. These are the true basis for valuating a company's worth, not projections. If Omni Navitas were to apply for a bank loan, the bank would base its decision on these returns.***

3.) With respect to request 9 which called for the production of "All agreements and contracts between Omni Navitas and any third party," the Trustee requires further clarification. According to multiple news sources, Omni Navitas entered into an agreement with the Massachusetts Bay Transportation Authority ("MBTA") for the installation of solar energy equipment at 37 MBTA parking lots. A copy of a representative news article is attached as Exhibit B. Your response does not reference any such agreement. Please provide all agreements and contracts between Omni Navitas and the MBTA. Additionally, please confirm that there are no additional agreements and contracts between Omni Navitas and any other third party.

***Debtor assumed that Request 9 was for all agreements signed prior to Debtor's filing, which was March 28, 2016. The MBTA issued a public bid on April 6, 2016 called "Solar Infrastructure Lease Opportunity". This bid called for all responses to be submitted by 12:00 PM, June 10, 2016. Omni Navitas submitted a response to this bid on that date and was selected shortly thereafter. A lease was not signed with the MBTA until November 1, 2016.***

4.) With respect to request 10 which called for the production of "All internal communications regarding the formation of Omni Navitas and Cambridge Omni LLC and the allocation of ownership interests in those entities," we are struggling with the notion that there are no written communications (including emails) between and among the founding members of Omni Navitas as to the allocation of ownership interests particularly since the Debtor was valuing the Company at approximately $20 million at or around the time the Operating Agreement was finalized. Therefore, the Trustee reiterates his request for this category of documents.

***There were no internal or external memos. Nor was there any official valuation of $20 million. This is taken from the January 2, 2105 memo, and this is a projected number, not any sort of current valuation.***

5.) With respect to requests 13 and 14, which called for the production of "All bank statements and check images for the Abbott Real Estate Development LLC bank account from January 1, 2012 to the closing of that account" and "All bank statements and check images regarding accounts in the name of Aetion Construction from January 1, 2012 until closing", we are struggling with the fact that the Debtor, who was a principal of both entities and, as we understand it, had authorization on both accounts, is unable to obtain any documentation. We would expect that the Debtor would have access and be able to obtain the documents requested. Therefore, the Trustee reiterates his request for this category of documents.

***Debtor no longer has statements for the Abbott accounts, and has no remaining accounts with Bank of America for any Abbott accounts. These accounts were closed some time ago.***

6.) With respect to request 17, which called for the production of "The application submitted by the Debtor for his current (2/24/16) and any former BMW lease and any accompanying financial statement(s), from January 1, 2012 to the present" the Debtor has failed to provide any responsive documentation. Please provide the application submitted by the Debtor for his current BMW lease and any accompanying financial statement. Again, we are struggling with the notion that BMW does not have some documentation in this regard and that the Debtor would not have access to this information.

***Please see the credit application from BMW attached.***

7.) The Trustee's July 7, 2016 letter, called for the production of "a list of all financial accounts, domestic or international, owned or accessed by Debtor and/or spouse and/or any Entity(ies) owned, operated, controlled or to which Debtor and/or spouse hold or held a direct or indirect interest, including, but not limited to, Omni Navitas Holdings LLC, e-NRG Holdings, LLC/Fund I/Management, LLC/Property Management, LLC/Sales, LLC, Cambridge Omni LLC/Cambridge Solar LLC/Gurney Street Irrevocable Trust, and Abbott Real Estate Development LLC, Abbott Investments LLC, Abbott Homes Cohasset LLC and (each entity listed on Debtor's joint 2015 Federal and State tax returns as well as each entity listed on Debtor's amended SOFA (D.E. #19) by institution, owner/signor(s)/person(s) with access, account number, open/close dates, purpose." The Debtor has failed to produce such a list. Please provide a list of these bank accounts or other financial accounts accordingly.

***Debtor has a personal checking account with his wife, Robin Gilbert, at the Bank of America. Statements have been provided for that account. There is no, and there was no, checking account or financial accounts for e-NRG Holdings, LLC. (Please note that e-NRG Holdings had a name change to Omni Navitas Holdings, LLC.) There is no, and there was no checking account or financial accounts for Fund I. There is no, and there was no checking account or financial accounts for Fund I. There is no, and there was no checking account or financial accounts for Management, LLC. There is no, and there was no checking account or financial accounts for Property Management, LLC. There is no, and there was no checking account or financial accounts for Sales, LLC. There is no, and there was no checking account or financial accounts for Cambridge Omni LLC. There is no, and there was no checking account or financial accounts for Cambridge Solar LLC. There is no, and there was no checking account or financial accounts for Gurney Street Irrevocable Trust. There is no, and there was no checking account or financial accounts for Abbott Investments, LLC. There is no, and there was no checking account or financial accounts for Abbott Investments, LLC. There is no, and there was no, checking account or financial accounts for Abbott Homes Cohasset LLC.***

8.) Lawson & Weitzen Deposits. There were sizeable deposits from Lawson & Weitzen to the Omni Navitas B of A account between October 2015 and February 2016. Please identify the individual or entity whose funds were being deposited through Lawson & Weitzen to Omni Navitas.

***These deposits from Lawson & Weitzen were funds from a loan that Omni Navitas has with Leahy Real Estate Funding, LLC.***