**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| JAMES F. MCAULIFFE | ) | Chapter 7 |
| | ) | Case No. 16-11089-MSH |
| Debtor. | ) | |

**STATEMENT OF COMPLIANCE**

I, Thomas S. Vangel, a partner at Murtha Cullina state under the penalties of perjury that I have complied with the requirements of MLBR 7037. Pursuant to e-mail correspondence exchanged between Counsel for the Trustee and Counsel for the Debtor on September 29, 2016, on September 30, 2016, the parties conferred via telephonic conference in an effort to resolve the discovery dispute without the necessity of the filing of a Motion to Compel. Since that time, there has been further production of documents, albeit insufficient. Consequently, the parties have additionally exchanged numerous email correspondences, and held several telephonic conferences, the most recent of which on February 9, 2017 in an effort to further limit the discovery dispute. As set forth in the Motion to Compel, the parties have been unable to successfully resolve all discovery disputes despite best efforts to do so.

/s/ Thomas S. Vangel _____
Thomas S. Vangel, Esq. BBO #552386
Murtha Cullina LLP
99 High Street
Boston, MA 02110
617-457-4000 Telephone
617-482-3868 Facsimile
tvangel@murthalaw.com

Dated: February 21, 2017

7832621v1