UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
BANKRUPTCY DIVISION

|  |  |  |
|---|---|---|
| In Re: | ) | |
| JAMES F. MCAULIFFE | ) | Chapter 7 |
| Debtor | ) | Case No. 16-11089-MSH |
|  | ) | |

JOINT MOTION OF DEBTOR AND CHAPTER 7 TRUSTEE FOR EXTENSION OF
DEADLINE TO FILE STIPULATION PURSUANT TO M.L.B.R. 7037-1(c)
<u>AND REQUEST FOR EXPEDITED CONSIDERATION</u>

To the Honorable Melvin S. Hoffman, Bankruptcy Judge:

The Chapter 7 Trustee and the Debtor hereby jointly request that this Court extend the deadline established by Rule 7037-1(c), which requires the filing of a Stipulation relative to the discovery dispute that was articulated in Document 67 filed with this Court on February 21, 2017.

In support thereof, the parties state that Counsel to the Debtor will be requesting a continuance of the hearing on Document 67, due to a scheduling conflict and an extension of the seven (7) day period to file the Stipulation is warranted.

Expedited consideration of this Motion is requested since unless extended, the Stipulation is due on February 28, 2017, which is seven (7) days subsequent to the filing of Document 67.

WHEREFORE, the Debtor and the Chapter 7 Trustee jointly request that this Court extend the deadline to file a requisite stipulation up to and including March 7, 2017 at 4:30 P.M.

James F. McAuliffe
By his Counsel,

Dated: February 27, 2017     /s/Gary W. Cruickshank, Esq.
21 Custom House Street
Suite 920
Boston MA 02110
(617) 330-1960
(BBO107600)
gwc@cruickshank-law.com

John Desmond, Chapter 7 Trustee
By his Counsel

Dated: February 27, 2017     /s/Thomas S. Vangel, Esq.
Murtha, Cullina, LLP
99 High Street
Boston MA 02110
tvangel@murthalaw.com

CERTIFICATE OF SERVICE

I, Gary W. Cruickshank, hereby certify that on February 27, 2017, I electronically filed with the Clerk of the Bankruptcy Court, the attached Notice and served same in the following manner upon the interested parties:

E-mail service:  via the Court's CM/ECF system which sent notification of such filing to the following:

- **John Fitzgerald**     USTPRegion01.BO.ECF@USDOJ.GOV
- **Paula Bachtell**     paula.bachtell@usdoj.gov
- **John O. Desmond**     trustee@jdesmond.com
- **Mark E. Barnett**     owholmesjr@aol.com
- **Thomas S. Vangel**     tvangel@murthalaw.com

/s/Gary W. Cruickshank, Esq.