UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

In re: )
)
JAMES F. MCAULIFFE ) Chapter 7
) Case No. 16-11089-MSH
Debtor.)

## ORDER GRANTING CHAPTER 7 TRUSTEE'S MOTION TO COMPEL

THIS MATTER having come before the Court on the *Chapter 7 Trustee's Motion to Compel* filed by John O. Desmond, the Chapter 7 Trustee ("Trustee") of the bankruptcy estate of James F. McAuliffe (the "Debtor") and after due consideration of the pleadings, arguments of counsel for the Trustee, the Debtor, and Omni Navitas Holdings, LLC ("Omni") and good cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Debtor and Omni, where applicable, shall produce to the Trustee the following documents and information prior to the Debtor's continued 341 Meeting of Creditors scheduled for April 27, 2017:

(a) All agreements entered into between Omni and any third-party pursuant to which Omni is expected to generate revenue, whereby the Debtor may redact the name of any third-party investor identified in any non-public agreement produced pursuant to this Order;

(b) All valuation documents, offerings, solicitations, agreements, current financials, balance sheets, and financial projections for Omni for the time period of January 1, 2013 to the present, with the names of any third-party investor redacted;

(c) Omni may designate any document produced that is not currently available to the public as a "Non-Public Document" (hereafter, "NPD"). The Trustee shall restrict access to any NPD so that it is available only to those attorneys, accountants or other professionals employed by him who render services in connection with this bankruptcy case. The Trustee and/or the United States Trustee shall provide notice to the Debtor fourteen (14) days prior to any intended public use of any NPD produced pursuant to sections (a) and (b) of this Order (including any response by the United States Trustee to any Freedom of Information Act Request). Notwithstanding the foregoing, nothing shall prevent the United States Trustee from providing any document produced pursuant to this Order to any other government agency in furtherance of its duties; and

(d) A list, including check numbers of all checks from Omni previously produced by the Debtor to the Trustee that were deposited in the Debtor's personal Bank of America account through an ATM from December 18, 2014 through March 28, 2016.

2. On or before May 22, 2017, the Debtor shall produce to the Trustee all underlying source documents in the Debtor's possession for all Bank of America ATM deposits made in the Debtor's personal account from December 18, 2014 through March 28, 2016 including check images and deposit slips and, to the extent that the Debtor does not have them, the Debtor shall promptly request source documents from Bank of America for all Bank of America ATM deposits made in the Debtor's personal account from December 18, 2014 through March 28, 2016.

Dated at Boston this 21st day of April, 2017.

_____
Melvin S. Hoffman
United States Bankruptcy Judge

2

7988253v1