UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re                                                  Chapter 7

James McAuliffe                              Case No. 16-11089-MSH
    Debtor

MOTION TO EXTEND TIME FOR FILING
AN OBJECTION TO DISCHARGE UNDER §727

John O. Desmond, Trustee, requests the Court to extend the time for the trustee to file an objection to discharge under §727 to November 27, 2017.  In support of the motion, the trustee states the following:

1. The above named Debtor filed a voluntary petition under Chapter 7 of the Bankruptcy Code on March 28, 2016.  The original §341 meeting was held on May 5, 2016, and a continued meeting of creditors was held on June 2, 2016.  The Trustee and the UST Trustee were awaiting the Debtor's, spouse's and related entities' response to a request for submission of documents and information.  The continued §341 meeting was held on April 27, 2017 and June 5, 2017 and has been continued as the parties are waiting for additional documents to be produced by the debtor.

2. The Court entered an order extending the time for the Trustee to object to discharge to September 25, 2017.

3. The Trustee needs the additional time to complete his investigation and determine whether grounds exist for objecting to the Debtor's discharge under 11 U.S.C. 727.  This motion is without prejudice to the Trustee' seeking additional extensions if necessary.

WHEREFORE, the Trustee requests that the Court extend the time for the trustee to file an objection to discharge under §727 to November 27, 2017.

Dated:   September 25, 2017

/s/ John O. Desmond
_____
John O. Desmond (BBO 554580)
Trustee
5 Edgell Road, Suite 30A
Framingham, MA 01701
Tel:  (508) 879-9638
Email:  trustee@jdesmond.com

CERTIFICATE OF SERVICE

September 25, 2017

      I, John O. Desmond, certify under the pains and penalties of perjury that on this date, true and correct copies of the foregoing MOTION TO EXTEND TIME FOR FILING AN OBJECTION TO DISCHARGE UNDER §727 were served via the U.S. Bankruptcy Court's CM/ECF filing system or by U.S. Mail, First Class, postage pre-paid, to those persons not appearing on the Court's receipt of electronic filing:

United States Trustee

| | |
|---|---|
| Gary W. Cruickshank, Esq. | Attorney for Debtor |
| Mark E. Barnett, Esq. | Attorney for National Lumber Co. |
| Kenneth A. Cossingham, Esq. | Attorney for Cube 3 Studio, LLA |

/s/ John O. Desmond
_____
John O. Desmond