

12/11/2017 Allowed. No objections filed.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| JAMES F. MCAULIFFE, | ) | CHAPTER 7 |
| | ) | CASE NO. 16-11089-MSH |
| Debtor. | ) | |
| | ) | |
| | ) | |
| JOHN O. DESMOND, CHAPTER 7 | ) | |
| TRUSTEE FOR THE ESTATE OF | ) | |
| JAMES F. MCAULIFFE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ADVERSARY PROCEEDING |
| v. | ) | NO. 16-01164-MSH |
| | ) | |
| ROBIN S. GILBERT, | ) | |
| | ) | |
| Defendant. | ) | |

**CHAPTER 7 TRUSTEE'S MOTION TO APPROVE SETTLEMENT
AGREEMENT BY AND AMONG THE CHAPTER 7 TRUSTEE,
JAMES F. MCAULIFFE AND ROBIN S. GILBERT**

John O. Desmond, the duly appointed Chapter 7 Trustee of the above-captioned bankruptcy estate (the "Trustee"), hereby moves this Court pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure for the entry of an Order approving the Settlement Agreement (the "Agreement") by and among the Trustee, James F. McAuliffe (the "Debtor"), and the Debtor's non-debtor spouse, Robin S. Gilbert ("Robin") (collectively, the "Parties").

In support thereof, the Trustee states:

8699804v1