UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re                                                                Chapter 7

James McAuliffe                                         Case No.  16-11089-MSH
    Debtor

## NOTICE OF ABANDONMENT

TO:  United States Trustee, Debtor, and Parties in Interest

Notice is hereby given, pursuant to 11 U.S.C. 554 of the Bankruptcy Code that the Trustee of the above named Debtor's estate intends to abandon the following property:

| SCHEDULE REFERENCE | PROPERTY DESCRIPTION | VALUE STATED BY DEBTOR | EXEMPTION IN THIS ITEM TO WHICH TRUSTEE FINDS DEBTOR ENTITLED | TOTAL AMOUNT OF SECURED CLAIMS |
|---|---|---|---|---|
| A | Single family home Owned with non debtor spouse Located at 23 Gurney St. Cambridge, MA 02138 | $1,288,500 for ½ interest | $500,000 | $2,888,000 |

| LIEN HOLDER NAME & ADDRESS | AMOUNT OF SECURED PARTY'S CLAIM | TRUSTEE'S ESTIMATE OF VALUE & SOURCE | VALUE TO ESTATE |
|---|---|---|---|
| Emigrants Mortgage CO. 5 E 42nd Street New York, NY 10017 | $1,088,000 First Mortgage | $2,470,000 Appraisal by William Curley, Jr | No equity over Liens and exemption |
| February Investors Mortgage | $1,800,000 Mortgage on debtor's Interest only | | |
| Various Judicial Liens That may be avoided as Impairment of exemption | | | |

### REASONS FOR ABANDONMENT

The trustee believes there is no equity over the existing liens.  There would be no benefit to the estate if the trustee sold the property.

OBJECTIONS to abandonment should be filed in writing in the Clerk's office, U. S. Bankruptcy Court, 5 Post Office Square, Suite 1000, Boston, MA 02222-1074 within fourteen (14) days of the mailing of this notice. See Fed R.  Bankr. P. 6007 and MLBR 6007-1.  A copy of any objection should also be sent by first class mail, postage prepaid, to the trustee at the address listed below.

Dated:  March 2, 2018

/s/ John O. Desmond
_____
John O. Desmond  (BBO 554580)
CHAPTER 7 TRUSTEE
5 Edgell Road, Suite 30A
Framingham, MA 01701
Telephone (508) 879-9638

CERTIFICATE OF SERVICE

Framingham, MA                                                                 March 2, 2018

      I, John O. Desmond, certify under the pains and penalties of perjury that on this date I mailed, postage prepaid, a copy of the foregoing NOTICE OF ABANDONMENT to the interested parties on the attached service list: **The notice has been served on all parties who have filed claims or appearances in the case pursuant to the Motion to Limit Notice allowed as Docket No. 97.**

Paula R.C. Bachtell on behalf of Assistant U.S. Trustee John Fitzgerald
paula.bachtell@usdoj.gov

Joseph H. Baldiga on behalf of Creditor   February Investors, LLC
jbaldiga@mirickoconnell.com, bankrupt@mirickoconnell.com

Mark E. Barnett on behalf of Creditor   National Lumber Company
owholmesjr@aol.com, dsimoes@national-lumber.com;kbeattie@national-lumber.com;dmanning@national-lumber.com

Kenneth A. Cossingham on behalf of Creditor   Cube 3 Studio, LLC
kcossingham@cossinghamlaw.com,
emathieu@cossinghamlaw.com;jjenkins@cossinghamlaw.com

Gary W. Cruickshank on behalf of Debtor James F McAuliffe gwc@cruickshank-law.com

Gary W. Cruickshank on behalf of Defendant Robin S. Gilbert gwc@cruickshank-law.com

Mark G. DeGiacomo on behalf of Plaintiff John O Desmond, Chapter 7 Trustee of the estate of James F. McAuliffe mdegiacomo@murthalaw.com,  kbratko@murthalaw.com

John Fitzgerald
USTPRegion01.BO.ECF@USDOJ.GOV

Anthony Leone on behalf of Trustee John O. Desmond aleone@murthalaw.com

Thomas S. Vangel on behalf of Trustee John O. Desmond tvangel@murthalaw.com


                                           /s/ John O. Desmond
                                           _____
                                           John O. Desmond

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC 28272-1083

Cube 3 Studio LLC
360 Merrimack Street
Lawrence, MA 01843-1752

Gwendolen Noyes, J. Thomas Franklin
& Arthur Klipfel, Oaktree AKGN, LLC
c/o Robert F. Fierman, Esq.
678 Massachusetts Avenue #600
Cambridge, MA 02139-3363

Hagerty & Harris Electrical Contracting
10 Cider Mill Lane
Upton, MA 01568-1120

Massachusetts Department of Revenue
Bankruptcy Unit
PO Box 9564
Boston, MA 02114-9564

National Lumber Company
71 Maple St.
PO Box 9032
Mansfield, MA 02048-9032

PYOD, LLC its successors and assigns as assi
of FNBM, LLC
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

Spillane's Nursery & Landscape Co., Inc
230 Bedford Street
Middleboro, MA 02346-1112

TBF Financial, LLC
740 Waukegan Road
Suite 404
Deerfield, IL 60015-5505

Webster Bank, N.A.
Mark Korman
609 W Johnson Ave
Cheshire, CT 06410-4502