UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| JAMES F. MCAULIFFE, ) | CHAPTER 7 |
| ) | CASE NO. 16-11089-MSH |
| Debtor. ) | |
| ) | |

### STATUS REPORT REGARDING TRUSTEE'S OBJECTION TO DOR CLAIM

Pursuant to the Court's Order dated January 9, 2019, the Trustee hereby files a status report regarding his objection to the claim of the Massachusetts Department of Revenue ("DOR"). The Trustee has made a proposal to resolve the DOR's claim, which the DOR is in the process of reviewing and considering internally. The Trustee expects the DOR will respond to the Trustee's proposal shortly, and that a resolution of the Trustee's claim objection is likely. Therefore the Trustee respectfully requests that he be permitted to continue discussions with the DOR and file a further Status Report by February 8, 2019.

Respectfully submitted,

**JOHN O. DESMOND, CHAPTER 7 TRUSTEE
OF THE ESTATE OF JAMES F. MCAULIFFE**

**By his attorney,**

*/s/ Jonathan M. Horne*

Thomas S. Vangel – BBO #552386
Jonathan M. Horne – BBO #673098
Murtha Cullina LLP
99 High Street
Boston, MA 02110-2320
Telephone: 617.457.4000
Facsimile: 617.482.3868
jhorne@murthlaw.com

Dated: January 22, 2019

9742690v1

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | |
| JAMES F. MCAULIFFE, | ) | CHAPTER 7 |
| | ) | CASE NO. 16-11089-MSH |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

I, Jonathan M. Horne, of Murtha Cullina LLP, do hereby certify that on the 22nd day of January, 2019, I served a copy of the forgoing ***Status Report Regarding Trustee's Objection to DOR Claim*** through the ECF system to registered participants.

                 */s/Jonathan M. Horne*
                 Jonathan M. Horne

2

9742690v1